UNITED STATES DISTRICT COURT FOR

THE MIDDLE

DISTRICT CIRCUS OF FLORIDA

Print your Last Name:

_____ Dean _____ et al.,

*Enfranchised Living Souls,*

Claimant(s),

*REQUEST FOR*

*TRIAL BY GRAND JURY*

*AND*

*28 U.S.C. § 2241*

*FOR*

*VIOLATIONS OF*

*18 U.S.C. § 1962 AND 18 U.S.C. § 242.*

.

vs.

Gregory Carro et al. (An Individual)

1.  Manhattan Supreme Court (A State Entity)

2.  New York Southern District Court (A Federal Entity)

3.  Blair County Court House of Pennsylvania (A State Entity)

4.  Metropolitan Detention Center of Brooklyn (A Federal Entity)

5.  The Supreme Court of the United States (Judicial Branch)

6.  Department of Health and Human Services (A Federal Entity)

7.  U.S. Department of Justice (A Federal Entity)

8.  The Office of International Affairs (A Federal Entity)

9. Department of Homeland Security (A Federal Entity)

10. The Federal Bureau of Investigation (A Federal Entity)

11. The Federal Bureau of Investigation of New York (A Federal Entity)

12. The American Bar Association (A Non- Profit)

13. UnitedHealthcare (A Corporation)

14. The New York Police Department (A Municipal Entity)

15. The Central Intelligence Agency (A Federal Entity)

16. Joseph R. Biden (An Individual)

17. Kamala Harris (An Individual)

18. John Roberts (An Individual)

19. Xavier Becerra (An Individual)

20. Merrick Garland (An Individual)

21. Kenneth A. Polite Jr. (An Individual)

22. Alejandro Mayorkas (An Individual)

23. Christopher Wray (An Individual)

24. Karen K. Caldwell (An Individual)

25. Terry Hartle (An Individual)

26. Adam Silvera (An Individual)

27. Suzanne J. Adams (An Individual)

28. Nancy M. Bannon (An Individual)

29. Arlene Bluth (An Individual)

30. Andrew Borrok (An Individual)

31. Margaret A. Chan (An Individual)

32. Ariel D. Chesler (An Individual)

33. James G. Clynes (An Individual)

34. David Cohen (An Individual)

35. Joel M. Cohen (An Individual)

36. Melissa Crane (An Individual)

37. James D'Auguste (An Individual)

38. Tandra Dawson (An Individual)

39. Denise M. Dominguez (An Individual)

40. Arthur F. Engoron (An Individual)

41. Lyle E. Frank (An Individual)

42. Paul Allan Goetz (An Individual)

43. Shlomo S. Hagler (An Individual)

44. Lisa Headley (An Individual)

45. Debra James (An Individual)

46. Lyle E. Frank (An Individual)

47. Paul Allan Goetz (An Individual)

48. Shlomo S. Hagler (An Individual)

49. William F. Hunter (An Individual)

50. Edward H. Kimmel (An Individual)

51. Andrew P. Riccardi (An Individual)

52. Barbara J. Ritchie (An Individual)

53. Karen S. Smith (An Individual)

54. David B. Sable (An Individual)

55. Anita Singh (An Individual)

56. William D. Stern (An Individual)

57. Richard M. Weiner (An Individual)

58. Kathleen M. Sanders (An Individual)

59. Lisa B. Schein (An Individual)

60. Ronnie Abrams (An Individual)

61. Richard M. Berman (An Individual)

62. Vincent L. Briccetti (An Individual)

63. Vernon S. Broderick (An Individual)

64. Naomi Reice Buchwald (An Individual)

65. Valerie E. Caproni (An Individual)

66. Andrew L. Carter Jr. (An Individual)

67. P. Kevin Castel (An Individual)

68. Jessica G. L. Clarke (An Individual)

69. Denise L. Cote (An Individual)

70. John P. Cronan (An Individual)

71. Paul A. Crotty (An Individual)

72. George B. Daniels (An Individual)

73. Paul A. Engelmayer (An Individual)

74. Katherine Polk Failla (An Individual)

75. Jesse M. Furman (An Individual)

76. Paul G. Gardephe (An Individual)

77. Margaret M. Garnett (An Individual)

78. Charles S. Haight (An Individual)

79. Philip M. Halpern (An Individual)

80. Alvin K. Hellerstein (An Individual)

81. Dale E. Ho (An Individual)

82. Lewis A. Kaplan (An Individual)

83. Kenneth M. Karas (An Individual)

84. John G. Koeltl (An Individual)

85. Lewis J. Liman (An Individual)

86. Victor Marrero (An Individual)

87. Colleen McMahon (An Individual)

88. Alison J. Nathan (An Individual)

89. J. Paul Oetken (An Individual)

90. Loretta A. Preska (An Individual)

91. Jed S. Rakoff (An Individual)

92. Edgardo Ramos (An Individual)

93. Jennifer H. Rearden (An Individual)

94. Jennifer L. Rochon (An Individual)

95. Nelson S. Roman (An Individual)

96. Lorna G. Schofield (An Individual)

97. Cathy Seibel (An Individual)

98. Louis L. Stanton (An Individual)

99. Sidney H. Stein (An Individual)

100.    Arun Subramanian (An Individual)

101.    Richard J. Sullivan (An Individual)

102.    Laura Taylor Swain (An Individual)

103.    Analisa Torres (An Individual)

104.    Jeannette A. Vargas (An Individual)

105.    Mary Kay Vyskocil (An Individual)

106.    Kimba M. Wood (An Individual)

107.    Gregory H. Woods (An Individual)

108.    Stewart D. Aaron (An Individual)

109.    Kim P. Berg (An Individual)

110.    Sarah L. Cave (An Individual)

111.    Valerie Figueredo (An Individual)

112.    Gabriel W. Gorenstein (An Individual)

113.    Gary R. Jones (An Individual)

114.    Andrew E. Krause (An Individual)

115.    Robert W. Lehrburger (An Individual)

116.    Judith C. McCarthy (An Individual)

117.    Barbara Moses (An Individual)

118.    Sarah Netburn (An Individual)

119.    Victoria Reznik (An Individual)

120.    Henry J. Ricardo (An Individual)

121.    Gary Stein (An Individual)

122.    Robyn F. Tarnofsky (An Individual)

123.    Ona T. Wang (An Individual)

124.    Jennifer E. Willis (An Individual)

125.    Kathy Hochul (An Individual)

126.    Eric Adams (An Individual)

127.    Rowan D. Wilson (An Individual)

128.    The Estate of Brian Thompson

129.    Carlos Nieves (An Individual)

130.    Alvin Bragg (An Individual)

131.    Wade A. Kagarise (An Individual)

132.    Jackie Atherton Bernard (An Individual)

133.    Fred B. Miller (An Individual)

134.    David B. Consiglio (An Individual)

135.    Jolene Grubb Kopriva (An Individual)

136.    Daniel J. Milliron (An Individual)

137.    Timothy M. Sullivan (An Individual)

138.    Paula M. Aigner (An Individual)

139.    Daniel C. DeAntonio (An Individual)

140.    Matthew S. Dunio (An Individual)

141.    Benjamin F. Jones (An Individual)

142.    Andrew L. Blattenberger (An Individual)

143.    Peter J. Lizza (An Individual)

144.    Katharine H. Parker (An Individual)

145.    FOX Corporation (A Corporation)

146.    TMZ (A Corporation)

147.    Lachlan Murdoch (An Individual)

148.    Suzanne Scott (An Individual)

149.    Rob Wade (An Individual)

150.    Harvey Levin (An Individual)

151.    Malex Malec (An Individual)

152.    Tammi M. Hellwig (An Individual)

153.    NBCUniversal Media (A Corporation)

154.    Michael J. Cavanagh (An Individual)

155.    Cesar Conde (An Individual)

156.    Kimberley D. Harris (An Individual)

157.    Pete Weeks (An Individual)

158.    Joseph J. Dodson (An Individual)

159.    Janet DiFiore (An Individual)

160.    Max Baer (An Individual)

Defendant(s),

*Detriments to Society.*

### **VERIFIED MASTER CLAIM *for* VIOLATIONS *of* THE RACKETEER INFLUENCED *and* CORRUPT ORGANIZATIONS ACT, 18 U.S.C. § 1961-1968; VIOLATIONS *of* 42 U.S.C. § 1983; *and* NEW YORK STATE LAW CLAIMS *on* BEHALF *of Luigi Nicholas Mangione* (No. III)**

*COMESNOW*, WE *the* PEOPLE through the undersigned comrade and on behalf of Luigi N. Mangione, file this R.I.C.O. Claim and Petition for Writ of Habeas Corpus under 28 U.S.C. §

2241, asserting that his current detention and ongoing trial are fundamentally unjust due to systemic bias and conflicts of interest within a well known human & child trafficking enterprise known as U.S.A. INC.

*WHEREFORE,* WE *the* PEOPLE demand that the warden of the METROPOLITAN DETENTION CENTER OF BROOKLYN produce the body of Luigi N. Mangione, Age 26, Register Number: 52503-511, located at 80 29th Street, Brooklyn, NY 11232, United States. If the body of Luigi Mangione is not produced before this tribunal in 30 days then WE *the* PEOPLE will bring further lawful action on each state imposter individually, dismantling the enterprise known as U.S.A. INC.

## I. DEFENDANTS

*(Disclosure)*

FOR DIRECT AND IMMEDIATE DELIVERY TO ADDRESSEES BELOW

NOTE TO CLERK (TAMMI M. HELLWIG): Any failure to FILE or DELIVER this communication directly & immediately to the addressees are crimes including Mail & Wire Fraud & Tampering, Witness Tampering & R.I.C.O. acts for which you are criminally & civilly liable.

18 U.S. Code Chapter 63 - MAIL FRAUD AND OTHER FRAUD OFFENSES

18 U.S. Code 1701, 1703, 1708, 1341, 371, 1502, 1961 March 27, 2024

TO:

1. ***The New York County Supreme Court of Manhattan et al. (Defendants No. 2- 33)***

*Address: 60 Centre Street New York, NY 10007*

2.  Gregory Carro- Civil Judge/ Criminal Term, Courtroom: Part 32, Location: 100 Centre Street, Room 1300, 13th Floor, New York, NY 10013, Telephone: (646) 386-4032, Fax: (212) 401-9261

(i)

https://www.yahoo.com/news/luigi-mangiones-ny-judge-gregory-101202055.html?utm_source= chatgpt.com

3.  Adam Silvera

    Chambers: (646) 386-4200

    Courtroom: (646) 386-3722

    E-mail: SFC-Part1-Clerk@nycourts.gov, SFC-Part40-Clerk@nycourts.gov

4.   Suzanne J. Adams

    Chambers: (646) 582-5020

    Courtroom: (646) 386-3722 / 3736

    E-mail: SFC-Part13-Clerk@nycourts.gov, SFC-Part40-Clerk@nycourts.gov

5.  Nancy M. Bannon

    Chambers: (646) 386-5587

    Courtroom: (646) 386-3169

    E-mail: SFC-Part61-Clerk@nycourts.gov

6.  Arlene Bluth

    Chambers: (646) 386-5725

Courtroom: (646) 386-3219

E-mail: SFC-Part14-Clerk@nycourts.gov

7. Andrew Borrok

   Chambers: (646) 386-4203

   Courtroom: (646) 386-3304

   E-mail: SFC-Part53-Clerk@nycourts.gov

8. Margaret A. Chan

   Chambers: (646) 386-5695

   Courtroom: (646) 386-4033

   E-mail: SFC-Part49-Clerk@nycourts.gov

9. Ariel D. Chesler

   Chambers: (646) 386-5856

   Courtroom: (646) 386-3846

   E-mail: SFC-Part51-Clerk@nycourts.gov

10. James G. Clynes

    Chambers: (646) 386-5383

    Courtroom: (646) 386-3271

    E-mail: SFC-Part22-Clerk@nycourts.gov

11. David Cohen

    Chambers: (646) 386-3320

    Courtroom: (646) 386-3347

    E-mail: SFC-Part58-Clerk@nycourts.gov

12. Joel M. Cohen

   Chambers: (646) 386-4927

   Courtroom: (646) 386-3287

   E-mail: SFC-Part3-Clerk@nycourts.gov

13. Melissa Crane

   Chambers: (646) 386-4612

   Courtroom: (646) 386-3310

   E-mail: SFC-Part60-Clerk@nycourts.gov

14. James D'Auguste

   Chambers: (646) 386-5698

   Courtroom: (646) 386-3289

   E-mail: SFC-Part55-Clerk@nycourts.gov

15. Tandra Dawson

   Chambers: (646) 386-5733

   Courtroom: (646) 386-3868

16.  Lisa Headley

   Chambers: (646) 386-3150

   Courtroom: (646) 386-3696

   E-mail: SFC-Part28-Clerk@nycourts.gov

17. Debra James

   Chambers: (646) 386-3352

   Courtroom: (646) 386-3351

   E-mail: SFC-Part59-Clerk@nycourts.gov

18. DENISE M. DOMINGUEZ

    Part 35

    Contact Information: Chambers: Room 289, 80 Centre Street, New York, NY 10013,

    Chambers Phone: (646) 386-4261, Courtroom: Room 289, Phone: (646) 386-4299,

    Email: SFC-Part35-Clerk@nycourts.gov

19. ARTHUR F. ENGORON

    Part 37 General IAS Part

    Contact Information: Chambers: Room 566, 60 Centre Street, New York, NY 10007,

    Chambers Phone: (646) 386-3181, Courtroom: Room 418, Phone: (646) 386-3222,

    Email: SFC-Part37-Clerk@nycourts.gov

20. LYLE E. FRANK

    Part 11 General IAS Part

    Contact Information: Chambers: Room 660, 60 Centre Street, New York, NY 10007,

    Chambers Phone: (646) 386-3112, Courtroom: Room 412, Phone: (646) 386-3314,

    Email: SFC-Part11-Clerk@nycourts.gov

21. PAUL ALLAN GOETZ

    Part 47 General IAS Part

    Contact Information: Chambers: Room 934, 111 Centre Street, New York, NY 10013,

    Chambers Phone: (646) 386-4342, Courtroom: Room 1021, Phone: (646) 386-3743,

    Email: SFC-Part47-Clerk@nycourts.gov

22. SHLOMO S. HAGLER

    Part 17 General IAS Part

    Contact Information: Chambers: Room 690, 60 Centre Street, New York, NY 10007,

Chambers Phone: (646) 386-5691, Courtroom: Room 335, Phone: (646) 386-3283,

Email: SFC-Part17-Clerk@nycourts.gov

23. WILLIAM F. HUNTER

Part 60 General IAS Part

Contact Information: Chambers: Room 625, 60 Centre Street, New York, NY 10007,

Chambers Phone: (646) 386-3007, Courtroom: Room 531, Phone: (646) 386-3954,

Email: SFC-Part60-Clerk@nycourts.gov

24. EDWARD H. KIMMEL

Part 23 General IAS Part

Contact Information: Chambers: Room 1111, 60 Centre Street, New York, NY 10007,

Chambers Phone: (646) 386-3205, Courtroom: Room 411, Phone: (646) 386-3264,

Email: SFC-Part23-Clerk@nycourts.gov

25. ANDREW P. RICCARDI

Part 61 General IAS Part

Contact Information: Chambers: Room 634, 60 Centre Street, New York, NY 10007,

Chambers Phone: (646) 386-4021, Courtroom: Room 609, Phone: (646) 386-3065,

Email: SFC-Part61-Clerk@nycourts.gov

26. BARBARA J. RITCHIE

Part 47 General IAS Part

Contact Information: Chambers: Room 926, 60 Centre Street, New York, NY 10007,

Chambers Phone: (646) 386-4185, Courtroom: Room 202, Phone: (646) 386-4110,

Email: SFC-Part47-Clerk@nycourts.gov

27. KAREN S. SMITH

    Part 51 General IAS Part

    Contact Information: Chambers: Room 228, 80 Centre Street, New York, NY 10013,

    Chambers Phone: (646) 386-4207, Courtroom: Room 408, Phone: (646) 386-3571,

    Email: SFC-Part51-Clerk@nycourts.gov

28. DAVID B. SABLE

    Part 52 General IAS Part

    Contact Information: Chambers: Room 711, 60 Centre Street, New York, NY 10007,

    Chambers Phone: (646) 386-3041, Courtroom: Room 330, Phone: (646) 386-3087,

    Email: SFC-Part52-Clerk@nycourts.gov

29. ANITA SINGH

    Part 48 General IAS Part

    Contact Information: Chambers: Room 706, 60 Centre Street, New York, NY 10007,

    Chambers Phone: (646) 386-3032, Courtroom: Room 508, Phone: (646) 386-3597,

    Email: SFC-Part48-Clerk@nycourts.gov

30. WILLIAM D. STERN

    Part 22 General IAS Part

    Contact Information: Chambers: Room 540, 60 Centre Street, New York, NY 10007,

    Chambers Phone: (646) 386-4125, Courtroom: Room 303, Phone: (646) 386-4112,

    Email: SFC-Part22-Clerk@nycourts.gov

31. RICHARD M. WEINER

    Part 35 General IAS Part

    Contact Information: Chambers: Room 540, 80 Centre Street, New York, NY 10013,

Chambers Phone: (646) 386-3026, Courtroom: Room 418, Phone: (646) 386-3198,

Email: SFC-Part35-Clerk@nycourts.gov

32. KATHLEEN M. SANDERS

Part 56 General IAS Part

Contact Information: Chambers: Room 1016, 60 Centre Street, New York, NY 10007,

Chambers Phone: (646) 386-3322, Courtroom: Room 413, Phone: (646) 386-3140,

Email: SFC-Part56-Clerk@nycourts.gov

33.  LISA B. SCHEIN

Part 26 General IAS Part

Contact Information: Chambers: Room 406, 60 Centre Street, New York, NY 10007,

Chambers Phone: (646) 386-4024, Courtroom: Room 220, Phone: (646) 386-3070,

Email: SFC-Part26-Clerk@nycourts.gov

***34. The New York Southern District Court et al. (Defendants No. 35- 79)***

***Address: 500 Pearl Street, New York, NY 10007, USA***

(i)

https://www.law.utah.edu/resgestae-issue/court-rejects-petition-for-crime-victims-in-epstein-case

/

35. Tammi M. Hellwig- 500 Pearl Street New York, NY 10007

36. Alvin K. Hellerstein

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

37. Dale E. Ho

    Thurgood Marshall United States Courthouse

    40 Foley Square

    New York, NY 10007

38. Lewis A. Kaplan

    Daniel Patrick Moynihan United States Courthouse

    500 Pearl St.

    New York, NY 10007-1312

39. Kenneth M. Karas

    The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse

    300 Quarropas St.

    White Plains, NY 10601-4150

40. John G. Koeltl

    Daniel Patrick Moynihan United States Courthouse

    500 Pearl St.

    New York, NY 10007-1312

41. Lewis J. Liman

    Daniel Patrick Moynihan United States Courthouse

    500 Pearl St.

    New York, NY 10007-1312

42. Victor Marrero

    Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

43. Colleen McMahon

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

44. Alison J. Nathan (Circuit Judge Sitting by Designation)

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

45. J. Paul Oetken

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

46. Loretta A. Preska

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

47. Jed S. Rakoff

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

48. Edgardo Ramos

   Thurgood Marshall United States Courthouse

   40 Foley Square

   New York, NY 10007

   Deputy Phone: (212) 805-4590

49. Jennifer H. Rearden

   Daniel Patrick Moynihan United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

50. Jennifer L. Rochon

   Daniel Patrick Moynihan United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

51. Nelson S. Roman

   The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse

   300 Quarropas St.

   White Plains, NY 10601-4150

52. Lorna G. Schofield

   Thurgood Marshall United States Courthouse

   40 Foley Square

   New York, NY 10007

   Deputy Phone: (212) 805-4553

53. Cathy Seibel

   The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse

   300 Quarropas St.

   White Plains, NY 10601-4150

54. Louis L. Stanton

   Daniel Patrick Moynihan United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

55. Sidney H. Stein

   Daniel Patrick Moynihan United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

56. Arun Subramanian

   Daniel Patrick Moynihan United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

57. Richard J. Sullivan (Circuit Judge Sitting by Designation)

   Daniel Patrick Moynihan United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

58. Laura Taylor Swain

   Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

59. Analisa Torres

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

60. Jeannette A. Vargas

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

61. Mary Kay Vyskocil

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

62. Kimba M. Wood

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

63. Gregory H. Woods

Daniel Patrick Moynihan United States Courthouse

500 Pearl St.

New York, NY 10007-1312

64. Stewart D. Aaron

   Daniel Patrick Moynihan

   United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

65. Kim P. Berg

   The Hon. Charles L. Brieant Jr.

   Federal Building and United States Courthouse

   300 Quarropas St.

   White Plains, NY 10601-4150

66. Sarah L. Cave

   Daniel Patrick Moynihan

   United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

67. Valerie Figueredo

   Daniel Patrick Moynihan

   United States Courthouse

   500 Pearl St.

   New York, NY 10007-1312

68. Gabriel W. Gorenstein

   Thurgood Marshall

   United States Courthouse

40 Foley Square

New York, NY 10007

69. Gary R. Jones

United States Magistrate Judge

United States Courthouse

401 SE First Avenue, Suite 383

Gainesville, FL 32653

70. Andrew E. Krause

The Hon. Charles L. Brieant Jr.

Federal Building and United States Courthouse

300 Quarropas St.

White Plains, NY 10601-4150

71. Robert W. Lehrburger

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

72. Judith C. McCarthy

The Hon. Charles L. Brieant Jr.

Federal Building and United States Courthouse

300 Quarropas St.

White Plains, NY 10601-4150

73. Barbara Moses

    Daniel Patrick Moynihan

    United States Courthouse

    500 Pearl St.

    New York, NY 10007-1312

74. Sarah Netburn

    Thurgood Marshall

    United States Courthouse

    40 Foley Square

    New York, NY 10007

    Deputy Phone: (212) 805-4540

75. Victoria Reznik

    The Hon. Charles L. Brieant Jr.

    Federal Building and United States Courthouse

    300 Quarropas St.

    White Plains, NY 10601-4150

76. Henry J. Ricardo

    Daniel Patrick Moynihan

    United States Courthouse

    500 Pearl St.

    New York, NY 10007-1312

77. Gary Stein

    Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

Deputy Phone: (212) 805-6122

78. Robyn F. Tarnofsky

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

79. Ona T. Wang

Daniel Patrick Moynihan

United States Courthouse

500 Pearl St.

New York, NY 10007-1312

80. Jennifer E. Willis

Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

**81. Blair County Court House, Pennsylvania et al. (Defendants No. 81- 87)**

*Address: 423 Allegheny St, Hollidaysburg, PA 16648*

82. WADE A. KAGARISE,

814-693-3070

83. JACKIE ATHERTON BERNARD,

　　814-693-3075

84. FRED B. MILLER,

　　814-317-1623

85. DAVID B. CONSIGLIO,

　　814-693-3068

86. JOLENE GRUBB KOPRIVA,

　　814-693-3050

87. DANIEL J. MILLIRON,

　　814-693-3050

88. TIMOTHY M. SULLIVAN,

　　814-693-3050

89. Paula M. Aigner- Address: 311 Union Street, Hollidaysburg, PA 16648, Phone: 814-693-3210, Fax: 814-693-3212

90. Daniel C. DeAntonio- Address: 615 4th Street, Altoona, PA 16602, Phone: 814-942-6421, Fax: 814-942-4770

91. Matthew S. Dunio- Address: 5929 California Ave., Altoona, PA 16601, Phone: 814-944-4371, Fax: 814-944-2546

92. Benjamin F. Jones- Address: 2601 5th Avenue, Altoona, PA 16602, Phone: 814-941-4550, Fax: 814-693-3002

93. Andrew L. Blattenberger- Address: 310 Airport Dr., Suite 9, Martinsburg, PA 16662, Phone: 814-793-2495, Fax: 814-793-2461

94. Metropolitan Detention Center of Brooklyn- 80 29th Street, Brooklyn, NY 11232, USA.

   Phone: (718) 840-4200

95. The FBI of New York- FBI New York Field Office, 26 Federal Plaza 23rd Floor New

   York, NY 10278-0004 Phone: (212) 384-1000

96. Kamala Harris- The White House Office of the Vice President, 1600 Pennsylvania

   Avenue NW Washington, D.C. 20500

97. Joe Biden

   Title: Former President, State Imposter

   Address: 1600 Pennsylvania Ave NW, Washington, DC 20500

   Phone: (202) 456-1111

(i)

https://www.voanews.com/a/with-or-without-parents-missing-immigrant-children/4415174.html

(ii)

https://www.washingtonexaminer.com/news/2873954/biden-recreating-worst-conditions-for-thou

sands-of-migrant-children-separated-at-border/

98. The Supreme Court of the United States

   Address: 1 First Street, NE, Washington, DC 20543

   Phone: 202-479-3000

(i)

https://www.supremecourt.gov/DocketPDF/23/23-5831/285436/20231019095354751_20231019

-095038-95760895-00001099.pdf

(ii)

https://crsreports.congress.gov/product/pdf/LSB/LSB11003

99. Office of International Affairs

Address: 1849 C Street NW, Washington, DC 20240

(i)

https://www.dni.gov/index.php/gt2040-home/gt2040-deeper-looks/future-of-international-norms

(ii)

https://www.chathamhouse.org/2021/08/lessons-trumps-assault-world-trade-organization

100.    Department Health and Human Services (HHS) of the United States

Address: 200 Independence Avenue, S.W., Washington, D.C. 20201

Phone: (877) 696-6775

(i)

https://www.tn.gov/attorneygeneral/news/2024/2/27/pr24-20.html

(ii)

https://www.blackburn.senate.gov/2024/8/issues/immigration/blackburn-presses-dhs-and-ice-on-new-report-revealing-they-may-have-lost-track-of-more-than-300k-unaccompanied-migrant-children

(iii)

https://crsreports.congress.gov/product/pdf/RS/RS22380/36

(iv)

https://crsreports.congress.gov/product/pdf/r/r44423/4

101.    The American Bar Association (ABA)

Address: 321 N Clark St, Chicago, IL 60654

Phone: (800) 285-2221

(i)

https://www.americanbar.org/groups/litigation/resources/newsletters/childrens-rights/twenty-year
s-of-progress-in-advocating-for-a-childs-right-to-counsel/

(ii)

https://www.americanbar.org/groups/public_interest/child_law/project-areas/legal-representation/

102.    U.S. Department of Justice (DOJ)

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Phone: (202) 514-2000

(i)

https://homeland.house.gov/hearing/trafficked-exploited-and-missing-migrant-children-victims-o
f-the-biden-harris-administration/

(ii)

https://www.tn.gov/attorneygeneral/news/2024/2/27/pr24-20.html

103.    Department of Homeland Security (DHS)

Address: 2707 Martin Luther King Jr Ave SE, Washington, DC 20528-0525

(i)

https://www.oig.dhs.gov/sites/default/files/assets/2024-08/OIG-24-46-Aug24.pdf

(ii)

https://homeland.house.gov/hearing/trafficked-exploited-and-missing-migrant-children-victims-o

f-the-biden-harris-administration/

104.    The Federal Bureau of Investigation (FBI)

Address: 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001

Phone: (202) 324-3000

(i)

https://thehill.com/homenews/senate/5000138-senate-democrats-fbi-file-matt-gaetz-sex-trafficki

ng-trump-ag/

(ii)

https://www.factcheck.org/2020/08/viral-chart-distorts-human-trafficking-statistics/

(iii)

https://www.cbsnews.com/newyork/news/malcolm-x-family-lawsuit-nypd-fbi-cia/?utm_source=

chatgpt.com

105.    John Roberts (In their Individual Capacity)

a.  Position: Chief Justice, Supreme Court of the United States

b.  Contact Information:

Supreme Court of the United States

1 First Street NE

Washington, D.C. 20543

Phone: (202) 479-3000

(i)

https://www.ncregister.com/cna/why-did-chief-justice-roberts-disagree-with-overturning-roe-v-w

ade

(ii)

https://www.theusconstitution.org/news/abortion-ruling-highlights-diverging-paths-of-justices-jo

hn-roberts-samuel-alito/

(iii)

https://illinoislawreview.org/wp-content/uploads/2023/08/Rhyne.pdf

106.    Xavier Becerra (In their Individual Capacity)

a.  Position: Secretary, U.S. Department of Health and Human Services

b.  Contact Information:

U.S. Department of Health and Human Services

200 Independence Avenue SW

Washington, D.C. 20201

Phone: (202) 690-7000

(i)

https://www.washingtonpost.com/politics/2022/01/31/becerra-hhs-pandemic-response-leadership/

(ii)

https://www.hhs.gov/about/news/2022/01/13/statement-hhs-secretary-xavier-becerra-on-supreme-court-covid-19-vaccine-decisions.html

(iii)

https://www.foxnews.com/politics/house-republican-grill-hhs-secretary-becerra-migrant-children-would-not-want-to-be-you.amp

(iv)

https://www.politico.com/news/2021/09/21/becerra-covid-response-hhs-513270

(v)

https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=410578

(vi)

https://www.washingtonexaminer.com/news/house/2929741/becerra-over-300000-unaccompanie

d-immigrant-children/

107.    Merrick Garland (In their Individual Capacity)

a.   Position: Attorney General, U.S. Department of Justice

b.   Contact Information:

U.S. Department of Justice

950 Pennsylvania Avenue NW

Washington, D.C. 20530-0001

Phone: (202) 514-2000

(i)

https://www.politico.com/news/2022/01/05/garland-rebuts-criticism-of-jan-6-probe-526551

(ii)

https://www.lawfaremedia.org/article/the-one-institution-that-checked-trump

108.    Kenneth A. Polite Jr. (In their Individual Capacity)

a.   Position: Assistant Attorney General for the Criminal Division (oversees the Office of

International Affairs)

b.   Contact Information:

U.S. Department of Justice

950 Pennsylvania Avenue NW

Washington, D.C. 20530-0001

Phone: (202) 514-2000

(i)

https://www.justice.gov/opa/gallery/assistant-attorney-general-kenneth-polite-jr-delivers-remarks
-revisions-criminal

    109.    Alejandro Mayorkas (In their Individual Capacity)

    a.  Position: Secretary, Department of Homeland Security

    b.  Contact Information:

        U.S. Department of Homeland Security

        3801 Nebraska Avenue NW

        Washington, D.C. 20528

        Phone: (202) 282-8000

(i)

https://www.washingtonexaminer.com/policy/immigration/3234289/chip-roy-demands-answers-
biden-administration-lost-unaccompanied-migrant-children/

(ii)

https://immigrationimpact.com/2024/09/05/are-32000-unaccompanied-children-missing/

    110.    Christopher Wray (In their Individual Capacity)

    a.  Position: Director, Federal Bureau of Investigation

    b.  Contact Information:

        Federal Bureau of Investigation

        J. Edgar Hoover Building

935 Pennsylvania Avenue NW

Washington, D.C. 20535-0001

Phone: (202) 324-3000

(i)

https://thehill.com/homenews/senate/5000138-senate-democrats-fbi-file-matt-gaetz-sex-trafficki
ng-trump-ag/

(ii)

https://www.nbcwashington.com/news/politics/fbi-director-christopher-wray-preparing-possible-
forced-exit-donald-trump/3766209/

(iii)

https://www.mprnews.org/story/2024/08/24/fbi-director-says-america-faces-many-elevated-threa
ts-all-at-once

111.    Karen K. Caldwell (In their Individual Capacity)

a.   Position: Chair, Judicial Panel on Multidistrict Litigation

b.   Contact Information:

Judicial Panel on Multidistrict Litigation

U.S. District Court for the Western District of Kentucky

601 W. Broadway, Room 106

Louisville, KY 40202

Phone: (502) 680-1400

(i)

https://casetext.com/case/in-re-seresto-flea-tick-collar-mktgles-practices-prods-liab-litig-2

(ii)

https://caselaw.findlaw.com/court/us-jud-pan-mul-lit/115681422.html

   112.   Terry Hartle (In their Individual Capacity)

   a.  Position: President, American Bar Association

   b.  Contact Information:

    American Bar Association

    321 N. Clark Street

    Chicago, IL 60654

    Phone: (800) 285-2221

(i)

https://jlc.org/sites/default/files/publication_pdfs/PA%20Assesment%20of%20Access%20to%20Counsel.pdf

(ii)

https://jpo.blogs.american.edu/2019/02/20/modest-reform-how-jjdpa-matters-and-why-it-is-still-not-enough/

   113.   Kathy Hochul- (Governor of New York) Office Address: State Capitol Albany, NY 12224, Phone: (518) 474-8390, Website: https://www.governor.ny.gov

114.    Eric Adams (Mayor of New York City)- Office Address: City Hall New York, NY

10007, Phone: (212) 639-9675, Website: https://www.nyc.gov

(i)

https://time.com/7024580/eric-adams-new-york-indictment-federal-charges-corruption-investigat

ion/?utm_source=chatgpt.com

(ii)

https://www.politico.com/news/2024/09/06/fbi-investigation-eric-adams-officials-00177841?utm

_source=chatgpt.com

(iii)

https://nypost.com/2024/09/05/us-news/fbi-raids-home-of-nypd-commish-edward-caban-other-cl

ose-eric-adams-allies/?utm_source=chatgpt.com

(iv)

https://www.washingtonpost.com/nation/2024/05/16/business-leaders-chat-group-eric-adams-col

umbia-protesters/

115.    Rowan D. Wilson (Chief Judge, New York Court of Appeals), Office Address:

New York Court of Appeals, 20 Eagle Street, Albany, NY 12207, Phone: (518) 455-7700,

Website: https://www.nycourts.gov

116.    UnitedHealthcare-  28 Liberty Street New York, NY 10005

(i)

https://www.forbes.com/sites/amyfeldman/2024/12/05/unitedhealthcare-denies-more-claims-than

-other-insurers---angering-patients-and-health-systems/?utm_source=chatgpt.com

(ii)

https://www.flmedical.org/florida/Florida_Public/News/2023/Health_insurers_face_scrutiny_ove

r_claims_denials.aspx?utm_source=chatgpt.com

(iii) https://en.wikipedia.org/wiki/UnitedHealth_Group?utm_source=chatgpt.com

(iv) https://en.wikipedia.org/wiki/UnitedHealth_Group?utm_source=chatgpt.com

(v)

https://www.marketwatch.com/story/healthcare-ceos-killing-shines-light-on-health-insurance-de

nial-rates-0c2595cb?utm_source=chatgpt.com

(vi)

https://www.reuters.com/business/healthcare-pharmaceuticals/us-launches-antitrust-investigation

-into-unitedhealth-wsj-reports-2024-02-27/?utm_source=chatgpt.com

(vii)

https://www.justice.gov/opa/pr/justice-department-sues-block-unitedhealth-groups-acquisition-h

ome-health-and-hospice?utm_source=chatgpt.com

(viii)

https://www.reuters.com/legal/government/unitedhealths-optum-pay-20-mln-over-us-claims-it-ig

nored-opioid-red-flags-2024-06-27/?utm_source=chatgpt.com

(ix)

https://www.healthcarefinancenews.com/news/brian-thompson-named-lawsuit-alleging-insider-tr

ading?utm_source=chatgpt.com

(x)

https://www.insurancebusinessmag.com/us/news/life-insurance/unitedhealth-reaches-settlement-i

n-erisa-class-action-case-518470.aspx?utm_source=chatgpt.com

(xi)

https://litigationtracker.law.georgetown.edu/litigation/estate-of-gene-b-lokken-the-et-al-v-unitedh

ealth-group-inc-et-al/?utm_source=chatgpt.com

(xii)

https://www.reuters.com/legal/litigation/lawsuits-over-change-healthcare-data-breach-centralized

-minnesota-2024-06-07/?utm_source=chatgpt.com


117.    New York Police Department (NYPD)- Office of the Corporation Counsel, New York

City Law Department, 100 Church Street New York, NY 10007

(i)

https://www.cbsnews.com/newyork/news/malcolm-x-family-lawsuit-nypd-fbi-cia/?utm_source=

chatgpt.com

(ii)

https://apnews.com/video/lawsuits-discrimination-u-s-central-intelligence-agency-crime-u-s-fede

ral-bureau-of-investigation-04e2e49e73b74ba0976e0af2be6de298?utm_source=chatgpt.com

(iii) https://nypost.com/2024/12/23/opinion/nypds-sex-scandal-letters/?utm_source=chatgpt.com

(iv)

https://nypost.com/2024/12/21/us-news/top-nypd-cop-quits-after-explosive-allegations-uncovere

d-by-the-post/?utm_source=chatgpt.com

(v)

https://www.theatlantic.com/ideas/archive/2024/12/new-york-city-has-lost-control-crime/681149

/?utm_source=chatgpt.com

118.    Central Intelligence Agency (CIA)- Office of General Counsel, Central Intelligence

Agency, Washington, D.C. 20505

(i)

https://www.cbsnews.com/newyork/news/malcolm-x-family-lawsuit-nypd-fbi-cia/?utm_source=

chatgpt.com

119.    The Estate of Brian Thompson- Identity of executor or personal representative

handling the estate (Awaiting Discovery Phase). New York County Surrogate's Court, 31

Chambers Street New York, NY 10007, Phone: (646) 386-5000

(i) https://youtu.be/dEmTj6vxMCc

120.    Carlos Nieves- Office Address: Deputy Commissioner, Public Information, New York

City Police Department, 1 Police Plaza New York, NY 10038, Email:

carlos.nieves@nypd.org Phone: 347-538-0367

121.    Alvin Bragg- (District Attorney of Manhattan) Office Address: New York County

District Attorney's Office, One Hogan Place New York, NY 10013, Phone: (212)

335-9000

(i)

https://nypost.com/2024/12/09/us-news/after-daniel-penny-not-guilty-verdict-calls-mount-for-da-

alvin-bragg-to-resign-in-shame/?utm_source=chatgpt.com

(ii)

https://www.cbsnews.com/newyork/news/pressure-mounts-on-da-alvin-bragg-after-assault-on-ny

pd-officers-in-times-square/?utm_source=chatgpt.com

122.    Peter J. Lizza- (District Attorney of Pennsylvania) Address: 423 Allegheny Street, 2nd Floor, Hollidaysburg, PA 16648, Phone: 814-693-3000

123.    Katharine H Parker- 500 Pearl Street, Room 750, New York, NY 10007, Parker_NYSDChambers@nysd.uscourts.gov, Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 17D, Courtroom Deputy, (212) 805-0234/0235

124.    The FBI of New York- 26 Federal Plaza New York, NY 10278

125.    FOX Corporation- : 1211 Avenue of the Americas, New York, NY 10036, Phone: (212) 852-7000

126.    TMZ- Address: 13031 W Jefferson Blvd, Playa Vista, CA 90094

127.    Harvey Levin- Address: 4712 Admiralty Way #700, Marina del Rey, CA 90292

128.    Lachlan Murdoch- FOX Corporation, Chairman and CEO, 1211 Avenue of the Americas, New York, NY 10036, Phone: (212) 852-7000

129.    Suzanne Scott- FOX Corporation, CEO of FOX News Media, 1211 Avenue of the Americas, New York, NY 10036, Phone: (212) 852-7000

130.    Rob Wade- FOX Corporation, President of Alternative Entertainment and Specials, 1211 Avenue of the Americas, New York, NY 10036, Phone: (212) 852-7000

131.    Harvey Levin- TMZ (subsidiary of Warner Bros. Discovery), Founder and Managing Editor, 13031 W Jefferson Blvd, Playa Vista, CA 90094.

132.    NBCUniversal Media, LLC- 30 Rockefeller Plaza New York, NY 10112 USA

133.    Michael J. Cavanagh- 30 Rockefeller Plaza New York, NY 10112 USA

134.    Cesar Conde- 30 Rockefeller Plaza New York, NY 10112 USA

135.    Kimberley D. Harris- 30 Rockefeller Plaza New York, NY 10112 USA

136.    Pete Weeks- Blair County District Attorney's Office, Blair County Courthouse, 423

Allegheny Street, Room 102 Hollidaysburg, PA 16648, (814) 693-3150.

137.    Joseph J. Dodson- Borough of Hollidaysburg 401 Blair Street Hollidaysburg, PA

16648

138.    Janet DiFiore- New York Court of Appeals 20 Eagle Street Albany, NY 12207

139.    Max Baer- Pennsylvania Supreme Court, 601 Commonwealth Avenue Suite 1500

P.O. Box 62525 Harrisburg, PA 17106-2525

## II. FEDERAL JURISDICTION

*We the People* invoke federal jurisdiction under:

a.   RICO (18 U.S.C. § 1964): Allows civil action for racketeering violations.

b.   42 U.S.C. § 1983: Civil rights violations by government officials.

c.   42 U.S.C. § 1985: Conspiracies to violate rights based on bias.

d.   28 U.S.C. § 1331: Federal question jurisdiction for constitutional and statutory claims.

e.   28 U.S.C. § 1367: Supplemental jurisdiction for state law claims closely tied to federal

claims.

1.   Court Assumed Jurisdiction:

Should this court assume jurisdiction over all named Defendants in this case, authority is

then granted to any individual to intervene directly with this action for claims against

related Defendant(s), (28 U.S.C. § 1331).

2.   Should this court assume jurisdiction over all named Defendants in this case, all

applicable taxpayers affected by this scheme have standing to file this lawsuit under

federal question jurisdiction because it raises significant issues of federal law, including

the misappropriation of federal funds, violations of constitutional rights, and breaches of

federal statutory provisions. Taxpayers bear the financial burden of funding the agencies implicated in this scheme and are therefore directly impacted by the alleged misuse of resources (28 U.S.C. § 1331).

3. Record of State Proceedings

The court is expected to obtain state court records under Fed. R. Evid. 201, 902, and 28 U.S.C. § 1449.

4. Oral Arguments & Reservation of Rights

No oral arguments have occurred, but the parties are prepared to present their case when scheduled. All exhibits are withheld until further notice. We the People reserve the right to amend our pleadings if new evidence of fraudulent conduct by the Defendant(s) or other parties comes to light, in accordance with Fed. R. Civ. P. Rules 8, 15, and 18.

### III.  ELEMENTS COMMON TO ALL CIVIL R.I.C.O. ACTIONS

This civil R.I.C.O. action asserts that the Defendants, entrenched in U.S.A. INC., engaged in systemic exploitation and racketeering within the state and federal court systems. The allegations encompass mail fraud, wire fraud, money laundering, bribery, extortion, obstruction of justice, witness tampering, the trafficking of humans and minors, and mass genocide creating widespread harm and infringing on God given, Constitutional rights.

1. Allegations Against Defendants

The Defendants allegedly used illegal tactics—intimidation, collusion, and manipulation—to undermine We the People's rights, suppress abuse evidence, and ensure rulings benefited aligned perpetrators. These actions are claimed to serve the USA INC.'s overarching financial and criminal interests at the expense of the good people's welfare.

2. Victims of Unlawful Conduct

We the People assert that our children have suffered directly due to USA INC.'s

corruption. Judges involved allegedly ignored abuse evidence, violated due process

rights, and retaliated against whistleblowers and vigilantes to protect USA INC. and

related enterprises.

3. RICO Requirements: To succeed under RICO, the Claimants must prove:

a. USA INC. constitutes an "enterprise."

b. The Defendants were associated with this enterprise.

c. They engaged in a pattern of racketeering activity.

d. These activities impacted interstate commerce.

4. Predicate Acts & Enterprise Structure

The Defendants are accused of a pattern of racketeering activities, including financial

fraud, obstruction of justice, and child trafficking. These acts furthered USA INC.'s illicit

operations across state lines, influencing the multi-billion-dollar human trafficking

industry.


**IV. RELATIONSHIPS AND COMMON PURPOSE AMONG ENTERPRISES**


I. **USA INC.** allegedly operates a mass genocide, as the central entity, with the following

subsidiaries and **"Corporate Does"**

a. UnitedHealthcare (A Corporation)

b. The American Bar Association (A Corporation)

c. FOX Corporation (A Corporation)

d. TMZ (A Corporation)

e. NBCUniversal Media (A Corporation)

II. **THE FCCE (Family Court Criminal Enterprise):** Allegedly exploited minors through fraudulent custody decisions and concealment of abuse, actively trafficking hundreds of thousands, if not millions, of innocent children from law abiding parents and immigrants crossing the U.S. border.

   a. The Biden- Harris Administration

   b. Manhattan Supreme Court

   c.  New York Southern District Court

   d. Blair County Court House of Pennsylvania

III. **The Brafman & Associates Enterprise:** Allegedly facilitated or shielded USA Inc.'s operations through negligence or active involvement and is accused of collecting thousands, if not millions, of illicit funds from the Epstein Enterprise and its affiliates through fraudulent billing practices.

IV. **The Epstein Enterprise:** The following entities secured favorable rulings for aligned perpetrators while silencing victims, intimidated and retaliated against those exposing corruption, while trafficking countless children. .

   a. New York Southern District Court (A Federal Entity): Where many of Epstein's federal criminal cases, including his sex trafficking charges, were prosecuted. The U.S. Attorney's Office for the Southern District of New York handled key aspects of the investigation and prosecution.

   b. Metropolitan Detention Center of Brooklyn (A Federal Entity): Where Epstein was held while awaiting trial before his death in 2019

   c. U.S. Department of Justice (A Federal Entity): This department played a major role in the investigation and prosecution of Epstein. The FBI was also involved, and the DOJ was

responsible for overseeing the case.

d.  The Federal Bureau of Investigation (A Federal Entity): The FBI conducted investigations into Epstein's criminal activities, including the sex trafficking ring and his connections to powerful individuals.

e.  The Federal Bureau of Investigation of New York (A Federal Entity): The New York office of the FBI would have been directly involved in investigating Epstein's activities in that jurisdiction.

f.  Department of Homeland Security (A Federal Entity): DHS may have been involved in aspects related to human trafficking and border security, though its direct role was less publicized than that of the FBI or DOJ.

g.  The Office of International Affairs (A Federal Entity): This office was involved in coordinating international efforts, especially regarding Epstein's connections to other countries.

h.  The New York Police Department (A Municipal Entity): The NYPD would have had a role in local investigations and operations related to Epstein, especially in terms of local law enforcement coordination.

i.  "Corporate Does" (Unknown Corporations): Alleged to be affiliated with child predators such as S. Combs and H. Weinstein.

*Unified Objectives*

All subsidiaries are claimed to pursue shared goals:

a.  Profiting from fraudulent scheme(s) and death wagers within the court system.

b.  Suppressing evidence and dissent.

c.  Favoring perpetrators over victims.

    d.  Embezzlement of U.S. tax dollars and other illicit funds.

1. Symbiotic Collaboration: These enterprises collaborated to orchestrate a genocide, pool resources, shield activities from scrutiny, and execute racketeering schemes. USA INC. provided the framework, enabling seamless coordination and systemic abuse.

2. USA INC.'s Alleged Roles: The Defendants in this RICO action are accused of being involved in a widespread criminal enterprise, operating a genocide within the State and Federal Court systems. The roles of the Defendants are outlined as follows.

## V.  INTRODUCTION

*God Given Rights*

ALL ALLEGED "GOVERNMENT EMPLOYEES" ARE GOVERNMENT IMPOSTORS WHOSE ALLEGIANCE LIES WITH USA INC. A HUMAN TRAFFICKING ENTERPRISE.

1. The United States of America Democratic Republic has been infiltrated, subverted, and is now operated by a conglomerate of fictitious, jurisdiction-less private corporations known as "U.S.A. INC.," registered with Dun & Bradstreet and other agencies including "SAM," a private corporation known only to insiders.

2. Every branch and agency functions as jurisdiction-less private corporate entities, cloaked under the guise of law, including entities like the "United States of America," the "President," and the "United States Supreme Court," as evidenced by their corporate registrations with Dun & Bradstreet.

3. These private corporate entities masquerade as public servant government bodies.

4. All employees are mere corporate officers/shareholders of jurisdiction-less, color of law private corporations, deceptively portraying themselves as "public servants."

5. Corporate officers/shareholders cannot legitimately be considered "public servant government employees." Their allegiance lies with each other, rather than with the citizens. Their primary concern is to maximize corporate profits for personal gain, rather than serving the interests of the people. Their true vested interests are with the largest enterprise in the world known as child and human trafficking.

6. ALL ALLEGED "GOVERNMENT EMPLOYEES" OPERATE UNDER COLOR OF LAW. Government impostors, including the Defendant(s) and other supreme judicial impostor(s) named in this case: (a) Exploit their color of law jurisdiction-less positions to unlawfully violate fundamental sovereign, substantive laws through conflicting, self-serving man-made codes and decrees, depriving citizens of their unalienable birthrights. (b) Employ civil procedural and corporate codes to create an illusion of legitimacy, masking criminal activities by presenting them as civil matters.

7. The Child Sale & Genocide-by-Guardian Crime Syndicate thrives by fraudulently depicting unalienable rights as governmental favors, constitutional or civil rights, privileges, or immunities. This charade aims to deceive citizens into believing they have control over their unalienable rights, while allowing for the legalization of crimes through fraudulent civil codes and tribunals that undermine sovereign and substantive laws.

8. Even if they were legitimate "public servants," not color of law private shareholders, they lack the jurisdiction, power, or authority to regulate, legislate, or adjudicate unalienable rights.

9. This deception creates an illusion of legitimacy, epitomizing the color of law.

10. The Defendant(s) and supreme judicial impostors engage in color of law crimes, using the guise of government to legitimize heinous acts.

11. Color of law crimes are egregious violations under sovereign, substantive law and carry severe punishments, including life imprisonment and the death sentence.

i.

    a.  Actions with Respect to Threats to the Peace, Breaches of the Peace, and Acts of Aggression: https://www.un.org/securitycouncil/content/repertoire/actions

    b.  United Nations Security Council Rome Statute of the International Criminal Court: https://www.un.org/securitycouncil/content/repertoire/actions

    c.  OHCHR: https://www.ohchr.org/en/instruments-mechanisms/instruments/rome-statute-international-criminal-court

    d.  What is R2P? - Global Centre for the Responsibility to Protect: https://www.globalr2p.org/what-is-r2p/

    e.  Crime of Aggression: https://www.coalitionfortheicc.org/explore/icc-crimes/crime-aggression

    f.  Coalition for the International Criminal Court: https://www.coalitionfortheicc.org/explore/icc-crimes/crime-aggression

    g.  ii Nuremberg Laws | Holocaust Encyclopedia: https://encyclopedia.ushmm.org/content/en/article/nuremberg-laws

ii.

The Nuremberg Race Laws were two in a series of key decrees, legislative acts, and case law in the gradual process by which the Nazi leadership moved Germany from a democracy to a dictatorship.

iii.

a. by Cicero, a Roman philosopher & statesman as far back as the 1st century B.C.

b. by the 1776 Charter of We the People, the Declaration of Independence;

c. by Article I, Sec 8 of Constitution that prohibits "legislation" or "adjudication of our Unalienable Rights;

d. by other man-made codes including 18 U.S.C. 241 and 242:

e. by the 1948 U.N. Universal Declaration of Human Rights;

f. by affirmations by judicial employees in the U.S. Supreme and other Courts of Self-Evident Truths primarily by cases in the very early years of American history.

*These include:*

a. YICK WO v. HOPKINS , 118 U.S. 356 (1886): The very idea that one man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another is intolerable in any country where freedom prevails, as being the essence of slavery itself."

b. Marbury v Madison, 5th US (2 Cranch) 137, 174, 176 (1803): "All laws, rules and practices which are repugnant to the Constitution are null void." No courts are bound to uphold it, and no citizens are bound to obey it. It operates as a mere nullity or a fiction of law, which means it doesn't exist in law."

c. Miranda v Arizona, 384 U.S. 436, 491: "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. "

d. Norton v. Shelby County, 118 U.S. 425 p. 442: "An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."

e. 16 Am Jur 2d., Sec. 177, 256: The general rule is that an unconstitutional statute, whether Federal or State, though having the form and name of the law is in reality no law, but is wholly void and ineffective for any purpose since unconstitutionality dates from the enactment and not merrily from the date of inception so braining it. An unconstitutional law in legal contemplation is as inoperative as if it had never been passed. Such a statute leaves a question that it purports to settle just as it would, had the statute not ever been enacted. No repeal of an enactment is necessary, since an unconstitutional law is void. The general principle follows that it imposes no duty, conveys no rights, creates no office, bestows no power of authority on anyone, affords no protection and justifies no acts performed under it. A contract which rests on an unconstitutional statute creates no

obligation to be impaired by subsequent legislation. No one is bound to obey an

unconstitutional law. No courts are bound to enforce it. Persons convicted and fined

under a statute subsequently held unconstitutional may recover the fines paid. A void act

cannot be legally inconsistent with a valid one and an unconstitutional law cannot operate

to supersede an existing valid law. Indeed, insofar as a statute runs counter to the

fundamental law of the land, it is superseded thereby.

f.   Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958):  No state legislature or executive or

judicial officer can war against the Constitution without violating his undertaking to

support it. Lewis COLTEN, v. COMMONWEALTH OF KENTUCKY, 407 U.S. 104,

(1972)

g.   Justice William O. Douglas dissenting:  "Since when have we Americans been expected

to bow submissively to authority and speak with awe and reverence to those who

represent us? The constitutional theory is that we the people are the sovereigns, the state

and federal officials only our agents. We who have the final word can speak softly or

angrily. We can seek to challenge and annoy, as we need not stay docile and quiet"

h.   *However, many of those cases deceptively portray our Unalienable Rights as
     "Constitutional" Rights.* Supreme Judicial Imposters who are now corporate shareholders

use their positions to steal and deprive our Unalienable Rights in criminal conflict to the

function of legitimate governments that are established to protect, defend and secure our

Unalienable Rights. The Supreme Judicial Imposters have catapulted us backwards to an

era of unenlightenment, lawlessness and slavery.


iv. U.S. v Williams 504 U.S. 36 (1992)

v. Marbury v. Madison, 5 U.S. (1 Cranch) 137, 147 (1803) (citing 3 WILLIAM BLACKSTONE, COMMENTARIES *109).

## VI. MANGIONE THE G.O.A.T.

### *INNOCENT UNTIL PROVEN GUILTY*

1. Luigi Mangione, a living soul, is currently unlawfully imprisoned and being prosecuted as if he is a corporation by null tribunal(s) known as the Manhattan Supreme Court, the Blair County Court House of Pennsylvania, and the New York Southern District Court. These tribunals and their co- conspirators have already declared Mangione guilty before his trial, completely disregarding his presumption of innocence. Moreover, the Southern District Court of New York is a well known tribunal for its vested interests in child trafficking with USA INC. This is the same tribunal notorious for its handling of the Jeffrey Epstein case, a case marred by irregularities, lack of transparency, and misconduct that culminated in Epstein's disappearance under highly questionable circumstances while in their custody.

2. Mangione is being unlawfully charged by these tribunals for the murder of a well known boss and corporate shareholder within USA INC.'s illegal enterprise, Brian Thompson. Thompson's corporation, UnitedHealthcare, clearly has vested interests with USA INC. Moreover, due to being accused of killing an established criminal within USA INC., Mangione is now facing politically charged media attention, systemic conflicts of interest, and an environment rife with collusion and impropriety, depriving him of his constitutional right to a fair trial.

3. We, the People, assert that the Southern District of New York appears poised to side with its corporate shareholder, UnitedHealthcare, despite the company's recent exploitative insurance schemes that misappropriated billions in taxpayer funds intended for Medicare. These schemes not only undermined public trust but also caused the unnecessary loss of countless lives of those who relied on their so-called health insurance. Meanwhile, Mangione has been unjustly punished in connection with these systemic failures.

4. Therefore, We the People declare that our God given rights are not granted to us by "judges" in black robes and corporations or such as in this case, the Mangione family's right to health care that's not been infiltrated by the murderous and vested interests of USA INC. Accordingly, this RICO claim seeks relief from his unjust detention and demands immediate recognition and redress of these pervasive issues.

## VII. STATEMENT OF FACTS

1. The Misappropriation of US Tax Dollars: State imposters within USA INC. and its corporate shareholders, such as UnitedHealthcare, all display similar racketeering activities through the embezzlement of US tax dollars.

2. USA INC.'s Cash for Kids Enterprise known as the FCCE (Family Court Criminal Enterprise): State imposters within USA INC. exploit the unalienable rights of innocent parents in the U.S. by masking their God given parental rights as privileges, using fraudulent laws to legitimize systemic crimes which traffick children to members of this syndicate. Many of us who are filing this claim had our children trafficked by USA INC., the same enterprise which has come against Mangione who allegedly ended the life of a well known mob boss within their syndicate.

3.  Therefore, We the People declare that Luigi N. Mangione is a hero, not a terrorist, and deserves a Congressional Gold Medal and public recognition for preventing further crimes and irreparable harm on We the People, thereby saving countless innocent lives due to the fact that the proper agencies have failed to engage in these crimes on humanity thanks to their roles within USA INC.

4.  The rules of war, also known as international humanitarian law (IHL): In the context of the rules of war and international humanitarian law, Mangione's scenario involves multiple complex layers, including violations of fundamental rights, systemic exploitation, and potential acts of resistance or self-defense against perceived injustices.

5.  Although the "rules of war" typically apply to state-to-state conflict or armed conflict involving non-state actors, and not necessarily to situations involving legal or systemic abuses in domestic society, We the People have been left without a legitimate government thereby making vigilantes like Mangione our only source of equal access to justice. Therefore, the following considerations apply.

6.  Distinction: If individuals, such as Mangione, are taking action to protect others from what they believe to be systemic exploitation or human trafficking, the key distinction under international law is whether these individuals are acting in defense of others or participating in a broader conflict. If such acts are against individuals or groups engaged in criminal activities, they qualify to be seen as a form of self-defense, not as part of an organized conflict.

7.  Necessity and Proportionality: The rules of war would expect that any act, such as ending a life, should only be necessary to prevent greater harm, and the response should be

proportional to the threat posed. This principle applies since Mangione's alleged actions were seen as a response to an immediate, overwhelming threat.

8. Humanity and Protection of Civilians: Mangione's scenario speaks to a broader issue of systemic injustice and abuse, particularly targeting vulnerable civilians. In theory, the protection of innocent lives and preventing crimes on humanity aligns with humanitarian principles within the Geneva Conventions and Hague Conventions.

9. In summary, international law addresses the protection of civilians in armed conflict. In comparison, mob bosses who murder in mass number such as Brian Thompson, largely fall within the definition of a silent genocide or armed conflict that is not being readily addressed by agencies within USA INC., violating the domestic legal frameworks related to human rights, criminal justice, and protection from exploitation. Recognition for heroism in this context makes Mangione's alleged actions clear acts of self-defense, prevention of harm, and a bold display of his right to expose criminal activities targeting millions of Americans. Therefore, We the People declare that Mangione's alleged acts were within the bounds of his God given rights which built the frameworks of the U.S. Constitution.

10. The Declaration of Independence (1776): "That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government." The American Revolution was fought by the colonists against what they considered an overreaching government, particularly the British monarchy. The actions of our Founding Fathers were grounded in the belief that they were fighting against tyranny and for the preservation of their natural rights.

11. The Federalist Papers: The Founding Fathers believed in the right to resist oppression and emphasized that such resistance should be grounded in the principles of justice. They laid out mechanisms for addressing grievances through law and government structures, yet unfortunately the current "government," now vastly known as USA INC., has completely disparaged the U.S. Constitution and barred We the People from properly applying due process in such instances of criminal enterprises wreaking terrorism on this large of a scale. Therefore, the good people have been forced to resort to the Rules of War, where due process is not afforded to the true criminals and terrorists targeting our society. For example, the Declaration of Independence includes a justification for rebellion against tyrannical governments; this was a response to what was seen as a systematic denial of God given rights, such as the imposition of taxes without representation.

12. In sum, our Founding Fathers fought against perceived tyranny and their actions were aimed at establishing a system that would avoid the kind of violence and chaos seen in many revolutions. Therefore, Mangione's alleged actions are a natural consequence of the U.S. "Government" who has completely disparaged our Constitution during their reign as USA INC. Therefore, the Constitution which was designed to provide peaceful, lawful means for addressing abuses of power, rather than promoting violent uprisings is currently null and the Rules of War now technically apply.

13. The State Imposters: Justice Gregory Carro's history of pro-prosecution rulings and public controversies raises concerns about bias, jeopardizing Luigi Mangione's right to a fair trial.

14. Mangione's venue, being in the same jurisdiction as the Epstein case, foreshadows the systemic failures he faces.

15. Mangione is locked in the same prison that held Ghislaine Maxwell and Sean Diddy Combs. In correlation, news outlets draw parallels to Epstein's Enterprise and Mangione's alleged acts against these mob bosses and "corporate does" comprising USA INC.

16. Conflict of Interest Involving Defense Counsel: Mangione's lead defense attorney, Karen Friedman Agnifilo, is compromised by her personal and professional ties. Karen Agnifilo, her husband Marc Agnifilo, and their affiliates within Brafman & Associates, have represented many high-profile clients that make up USA INC., such as well known pedophiles like Harvey Weinstein and Sean "Diddy" Combs. Notably Combs and Weinstein are linked to allegations of operating an underground child trafficking enterprise with frightening connections to USA INC., including properties rumored to feature secret tunnels for illicit activities.

17. Underground Tunnels and the Organized Enterprise known as USA INC.: The homes of UnitedHealthcare mob boss Brian Thompson, have also been linked to allegations of underground tunnels and/ or cellars. These rumors, while dismissed by mainstream media just as reports of the 300,000 missing immigrant children, underscore the potential involvement of shadowy networks with interests in silencing Mangione and who are clearly fixing the case so he's unlawfully sentenced despite the smoke and mirror efforts of his attorney.

18. In comparison, Harvey Weinstein is reported to have had secret tunnels built in his properties, particularly at his mansion in Westport, Connecticut. These tunnels were allegedly designed to allow him to move between rooms and parts of the house without being seen. His strange and deceptive behavior directly resembles other mob bosses

identified within USA INC. These tunnels were part of a larger pattern of manipulative and controlling behavior, which some have linked to his tactics in maintaining power and secrecy during his reign in Hollywood. These tunnels became more widely discussed after his criminal trials, where details of his behavior and the lengths he took to conceal his actions were revealed. This property was also used to host fundraisers for USA INC. attended by politicians, including Barack Obama and the Clintons.

19. Controlled Opposition: The overlapping interests of Karen Friedman Agnifilo and her husband suggest that they belong to USA INC., a criminal enterprise of powerful individuals whose interests conflict with providing Mangione a zealous and unbiased defense. In turn, allowing USA INC. to "flex" on We the People by making an example out of Mangione, thereby ensuring no one else stands up against this human trafficking enterprise which has successfully enslaved our nation.

20. The Agnifilo(s), of the Brafman & Associates Enterprise, are also actively defending Sean Diddy Combs against the serious charges he currently faces. Furthermore, in April 2024, New York's highest court overturned Weinstein's 2020 conviction, citing trial errors, and ordered a retrial. As a result, Weinstein is currently incarcerated based on his Los Angeles conviction, serving only a 16-year sentence for his crimes against children and innocent souls thanks to the Brafman & Associates Enterprise.

21. Mangione's unfortunate choice in counsel: The Brafman & Associates Enterprise displays a systemic bias that undermines the integrity and transparency of Mangione's case. K. Agnifilo gets her 15 minutes of fame, seemingly advocating for Mangione, while failing to file the necessary motions within a reasonable amount of time, such as a Motion to Dismiss for Lack of Jurisdiction and/ or a Motion for Change of Venue. K. Agnifilo

has failed to call out these tribunals for having zero jurisdiction over Mangione, due to the fact that criminals, who act outside the color of law, have zero jurisdiction over anyone. As a well seasoned attorney  K. Agnifilo is absolutely aware that there is zero qualified immunity when disparaging a person's God given Constitutional Rights, yet her legal defense remains shallow. She seemingly puts the judge(s) and their co-conspirators "on Notice" and claims there will be consequences for their actions but has failed to obtain their bond numbers or open litigation on them. Clearly, K. Agnifilo's allegiance is with U.S.A. INC. who could revoke her position at any time and disbar her if she truly stood up for her client(s).

22. Negligence, Incompetence, & Failure to Defend: To the public, Agnifilo may appear to be demonstrating a form of "motherly love" for her client. However, to those familiar with how null tribunals assert jurisdiction over living souls like Mangione, her actions reveal a clear pattern of negligence and incompetence. She often refers to him as "a man" which well established attorneys know is a way for null tribunals to gain unlawful jurisdiction over an innocent living soul like Mangione. In the Black's Law Dictionary the definition of "Man" truly means (i) In feudal law, a vassal, tenant, or **feudatory** (ii) In Anglo-Saxon relations, a lord and man relationship that was originally personal and based on **mutual contract.** With this statement alone she gave the SDNY, a null feudal system, medieval jurisdiction over Mangione and his property. Therefore, We the People declare, on behalf of Mangione, that he is a living soul, free and not a slave. He is not bound by any mutual contract with the "lord" of this null tribunal, nor does he owe allegiance to engage in combat to the death within this feudatory arena.

23. Media Influence and Prejudicial Environment: Media coverage of Mangione's case has been sensationalized, portraying him as guilty before trial and influencing the potential jury pool directly aiding USA INC. in seizing Mangione's estimated 1.5 million dollar inheritance by framing him for this crime.

24. Luigi Mangione's alleged actions, while legally culpable, must be understood within the broader context of systemic healthcare failures and his own victimization. His alleged perception of Thompson as a threat to the community was not unfounded but rather a reflection of the harsh realities faced by countless individuals denied life-saving care.

25. Historical Parallels: (The Assassination of Malcolm X and Systemic Misconduct) The case of Malcolm X's assassination and the subsequent lawsuit filed by his daughters against the CIA, FBI, NYPD, and others provides a powerful historical precedent highlighting the dangers of the systemic misconduct, government overreach, and lack of accountability within law enforcement and prosecutorial systems within USA INC. Luigi Mangione's case bears troubling parallels to this historical injustice, raising serious concerns about the integrity of his prosecution and drawing further questions of his alleged framing.

26. Allegations of Government and Police Collusion in Malcolm X's Death: In their $100 million lawsuit, the daughters of Malcolm X have alleged that federal and local agencies—including the CIA, FBI, and NYPD—were complicit in the assassination of the civil rights leader in 1965. They argue that these entities deliberately orchestrated or failed to prevent his assassination and subsequently engaged in a coordinated cover-up to conceal their involvement. This case serves as a stark reminder of the potential for

institutional corruption and the extent to which USA INC. may act against individuals perceived as threats to the status quo.

27.  Parallels to Luigi Mangione's Case: In Mangione's case, similar questions of systemic bias, collusion, and lack of transparency arise, particularly given the involvement of high-profile entities and individuals linked to powerful enterprises. The connections between Mangione's case and broader corporate or institutional interests evoke echoes of the institutional dynamics in Malcolm X's case.

28. Lessons from History: Malcolm X's case illustrates the need for rigorous scrutiny of all parties involved in legal proceedings, especially when those parties represent powerful institutions with vested interests. Just as the allegations surrounding Malcolm X's assassination have eroded public trust in government agencies, the concerns in Mangione's case could similarly undermine confidence in the judicial system if not addressed transparently and fairly.

29.  Implications for Luigi Mangione's Trial: The historical precedent of Malcolm X's assassination underscores the importance of holding all actors accountable for their roles, ensuring that no individual or institution can wield unchecked power or influence over a defendant's fate. Mangione's defense must demand full disclosure of all potential conflicts of interest, systemic biases, and institutional motives to ensure that his trial is not tainted by the same types of misconduct alleged in Malcolm X's case.

30. By drawing on the lessons of Malcolm X's case, the tribunal has an opportunity to demonstrate its commitment to justice, transparency, and fairness—principles that should guide all legal proceedings, regardless of the defendant or the stakes involved.

31. The New York Police Department (NYPD) has faced significant scrutiny and backlash over the years due to various incidents and systemic issues. Notable controversies include the following.

32. Corruption and Misconduct Allegations: Historical Corruption Scandals: The NYPD has a long history of corruption scandals, with numerous instances of misconduct and allegations surfacing over the years. These issues have led to substantial lawsuit settlements, costing taxpayers hundreds of millions of dollars.

33. Recent Sexual Misconduct Allegations: In December 2024, NYPD Chief of Department Jeffrey Maddrey resigned amid accusations of sexual misconduct and professional impropriety, highlighting ongoing concerns about internal accountability within the department.

34. Mishandling of Jeffrey Epstein's Sex Offender Monitoring & Failure to Enforce Registration Requirements: Despite a judge's order for Jeffrey Epstein to check in with the NYPD every 90 days as part of his sex offender registration, reports indicate that Epstein never complied, and the NYPD did not enforce this requirement.

35. Lack of Oversight: The department's failure to monitor Epstein adequately has been criticized as a significant oversight, raising questions about the NYPD's commitment to enforcing laws impartially, especially concerning influential individuals.

36. Recent Crime Surge and Public Safety Concerns: As of December 2024, New York City has experienced a surge in violent crimes, including assaults and robberies, leading to public outcry over the NYPD's effectiveness in maintaining safety.

37. Internal Challenges: The department has faced internal challenges, including a reduction in force and leadership scandals, further complicating its ability to address rising crime

rates effectively. These incidents reflect ongoing challenges within the NYPD regarding corruption, accountability, and public trust.

38. Both the MDC and the now-closed MCC have faced criticism for substandard conditions and management issues. The MDC, where Mangione is held, has been described as a "hell on Earth," notorious for poor living conditions and inadequate oversight.

39. Similarly, the MCC was criticized for its crumbling infrastructure and lack of proper inmate supervision, factors that came under intense scrutiny following Epstein's disappearance or alleged death in their custody.

## VIII.  LEGAL ARGUMENTS

1. Violation of the Right to a Fair Trial (Sixth Amendment): The systemic failures in SDNY, including its history of high-profile mishandlings, create an environment where Mangione cannot receive a fair trial.

2. Conflict of Interest Violating Effective Assistance of Counsel (Sixth Amendment):Karen Friedman Agnifilo's conflict of interest violates Mangione's right to effective legal representation. Her connections to enterprises tied to influential individuals create an appearance of impropriety, undermining her ability to provide an impartial defense.

3. Pretrial Publicity and Media Bias (Fourteenth Amendment – Due Process): The prejudicial media environment in SDNY denies Mangione due process. The systemic inability to ensure impartial proceedings demonstrates a fundamental unfairness in Mangione's trial.

4. Failure to Investigate Alleged Criminal Enterprises: The Tribunal(s)' refusal to investigate We the People's allegations involving underground tunnels and their connection to the USA INC. enterprise and other high-profile individuals further demonstrates systemic bias.

5. Petitioner Luigi Mangione's alleged actions, while legally classified as criminal, must be viewed through the lens of the systemic injustices he endured and his perception of protecting the broader community from harm. Mangione was a victim of a healthcare system that denied life-saving treatment to vulnerable individuals, including his family, under the leadership of mob boss, UnitedHealthcare CEO Brian Thompson. This denial of care left Mangione not only physically and emotionally devastated but also with a moral imperative to allegedly act against what he perceived as an immediate and ongoing threat to society and his family.

6. Denial of Life-Saving Healthcare and Systemic Harm: Mangione's family, like countless others, was a victim of systemic healthcare inequities perpetuated by mob boss Brian Thompson's leadership. Under Thompson, UnitedHealthcare routinely denied critical medical treatments and therapies, prioritizing generating profits for underground criminal activities over the human lives of Americans. These denials have been widely documented as leading to preventable deaths, suffering, and financial ruin for patients. The Mangione family's own experience of being denied care left them in a vulnerable state, grappling with physical pain, emotional trauma, and financial instability.

7. Perceived Threat to the Community: From Mangione's perspective, Thompson's actions represented a direct and ongoing danger to society. By denying healthcare to those in need, Thompson contributed to a system that perpetuates suffering, death, and genocide.

Mangione may have viewed his alleged actions as an attempt to prevent further harm and to expose the injustices of a system that prioritizes corporate profits over human lives.

8. Clemency Based on Moral and Social Context: Clemency is warranted in this case because Mangione's alleged actions were not motivated by personal gain or malice but by a deeply held belief in the need to protect his community from harm. Courts and executives have historically shown leniency in cases where defendants acted under extreme emotional distress or in response to systemic injustices. Mangione's circumstances align with these precedents, as his alleged actions were driven by the systemic victimization he experienced.

9. Broader Implications of Clemency: Granting clemency to Mangione would send a powerful message about the importance of addressing systemic inequities while holding corporations accountable for their role in perpetuating genocide, thereby regaining the public's eroded trust. It would also highlight the need for a compassionate approach to justice, recognizing that individuals who act out of desperation and moral conviction deserve rehabilitation and understanding rather than excessive punishment.

## IX. WE THE PEOPLE'S DEMANDS

*WHEREFORE,* for the reasons stated herein, We the People respectfully demand that this tribunal:

1. Issue a writ of habeas corpus ordering Mangione's immediate release or transfer to a neutral venue of our choice where a fair trial can be ensured. District of Choice: United States District Court for the Northern District of Georgia, located at United States District Court, Northern District of Georgia, 75 Ted Turner Drive SW Atlanta, GA 30303.

2. Release Mangione's criminal case from this court, as it will now be under review by Judge Steven C. Jones to determine whether it should be considered a related case to Civil Case No. 1:24-cv-04457.

3. Order a stay of all proceedings until these matters are fully investigated/ resolved and state imposter, Joe Biden, is officially out of office.

4. Demand that this tribunal order the appropriate executive authority to publicly declare clemency for Mangione in light of the moral and social context surrounding his alleged actions. This is only fair seeing as Joe Biden has recently granted Clemency to criminals far less deserving, such as high profile pedophiles and Cash for Kids judges, all responsible for the death of children.

5. Make Mangione's State and Federal cases public record to ensure his attorney is acting diligently with transparency and fairness in his case.

6. Direct, Punitive, and Special Damages in the amount of $4,920,000,000,000 to relieve the taxpayers affected as well as Mangione's Family.

7. Federal Indictments for all Defendants with a trial by grand jury.

8. Provide any further relief deemed just and proper.

## X. CASE LAW

1. Necessity Defense or Moral Imperative: While not directly pardoning a crime, courts have recognized the "necessity" or moral imperative defense in cases where defendants believed their actions were necessary to prevent greater harm. (I) United States v. Schoon, 971 F.2d 193 (9th Cir. 1992): The necessity defense allows a defendant to argue that their actions, though illegal, were justified to prevent imminent and significant harm. While Schoon ultimately rejected the defense in the context of civil disobedience, it

established the framework for presenting cases of perceived moral imperative. (II) People v. Unger, 66 Ill. 2d 333 (1977): In this case, the Illinois Supreme Court held that a prisoner's escape was justified under the necessity defense because he acted to avoid imminent physical harm. Unger demonstrates that courts will consider the broader circumstances surrounding a defendant's actions when evaluating their culpability.

2. Emotional and Psychological Impact of Systemic Injustice: Courts have acknowledged the role of emotional distress and systemic factors in influencing a defendant's actions. (I) People v. Steele, 27 Cal. 4th 1230 (2002):

This case discussed how extreme emotional disturbance (EED) could mitigate a defendant's culpability. Though not absolving liability entirely, the doctrine recognizes that emotional distress stemming from external circumstances can diminish a defendant's moral blameworthiness. (II) People v. Walker, 42 N.Y.2d 909 (1977): In Walker, the New York Court of Appeals ruled that extreme emotional distress could reduce charges from murder to manslaughter. This case could support arguments that Mangione's mental state, influenced by the denial of healthcare and his perception of injustice, diminished his culpability.

3. Clemency and Broader Social Context: Clemency arguments often highlight systemic issues and societal failures that contributed to a defendant's actions. Courts and legal commentators have noted that systemic inequities can justify alternative approaches to justice. (I) Ex parte Grossman, 267 U.S. 87 (1925): The Supreme Court recognized the broad discretion of executive clemency as a tool to correct systemic injustices. This precedent supports appeals for clemency based on external factors like corporate misconduct and healthcare inequities. (II) Herrera v. Collins, 506 U.S. 390 (1993):

While the case primarily dealt with post-conviction claims, it underscored the importance of clemency as a "fail-safe" mechanism to correct injustices that cannot be adequately addressed through traditional judicial means.

4. Corporate Liability and Social Harm: Courts have recognized that systemic misconduct by corporations can have devastating effects on individuals and communities, which may provide context for Mangione's perception of threat. (I) Doe v. Unocal Corp., 395 F.3d 932 (9th Cir. 2002): This case established that corporations could be held liable for actions that directly harm individuals and communities. Although unrelated to healthcare, it provides a basis for discussing the role of corporate actions in creating systemic harm. (II) Walmart Stores, Inc. v. Dukes, 564 U.S. 338 (2011):

While primarily a class action case, it illustrates how systemic practices by large organizations can lead to widespread harm, reinforcing arguments about the broader impact of corporate decision-making.

5. Rehabilitation and Public Interest in Clemency: Courts and executives have recognized that clemency can serve broader public interests, including drawing attention to systemic issues. (I) Dellinger v. United States, 502 F.2d 813 (7th Cir. 1974):

This case acknowledged the public interest in addressing systemic inequities through clemency and alternative sentencing. It supports arguments that pardoning Mangione could highlight healthcare inequities and encourage reform.

## L. CONCLUSION

DEFENSE STRATEGY FOR LEGAL ACCOUNTABILITY

1. In light of the systemic misconduct, conflicts of interest, and deprivation of Luigi Mangione's God given and Constitutional rights, this defense team intends to pursue a multifaceted strategy to hold all involved parties individually accountable. This includes targeting the surety bonds of all judicial and prosecutorial imposters who come against Mangione while simultaneously filing federal claims against them in their individual capacities to ensure no insurance company will provide future coverage for their misconduct.

2. Pursuing Bond Actions Against All Involved Officials:All judges, prosecutors, and court officers are required to maintain surety bonds as part of their official capacity. These bonds exist to ensure they act within the bounds of the law and safeguard individuals' constitutional rights. When violations occur, these bonds can be directly targeted through claims asserting gross negligence, abuse of power, and violations of civil rights.

3. Prosecutorial Team and Federal Officials: The state and federal imposters involved in Mangione's case will also face claims for their roles in perpetuating systemic misconduct, failing to address conflicts of interest, and promoting a prejudicial environment that undermines Mangione's right to a fair trial. Filing claims against their bonds not only holds them accountable but also raises the risk of financial liability for their professional misconduct. If successful, these actions could jeopardize their ability to retain surety coverage, impacting their capacity to continue serving in their official roles.

4. Federal Civil Claims in Individual Capacities: To further ensure accountability, we intend to file multiple federal claims under 42 U.S.C. § 1983 and related statutes against all

imposters involved, in their individual capacities, for the following violations: (I)

Deprivation of Due Process:

Actions by state and federal officials, including the court's refusal to address conflicts of

interest and systemic misconduct, have directly violated Mangione's Fourteenth

Amendment rights. (II) Conspiracy to Deprive Civil Rights (42 U.S.C. § 1985):

The coordinated efforts of the judicial system, biased media coverage, and connected

enterprises demonstrate a conspiracy to deprive Mangione of a fair trial. (III) Retaliatory

Actions and Abuse of Power: Individual actions by officials, including biased rulings,

systemic delays, and refusal to investigate allegations of organized criminal enterprises,

constitute abuse of power and retaliation against Mangione's attempts to assert his God

given and constitutional rights. Filing these claims as federal lawsuits ensures that these

individuals cannot hide behind qualified immunity or institutional protections. By

targeting them personally, we aim to expose their misconduct to public scrutiny and hold

them financially and professionally accountable.

5.   Creating Deterrence Through Financial Consequences: Our goal is to file so many

well-supported federal claims and bond actions against these officials that their insurers

refuse to continue providing coverage for future claims. This strategy not only punishes

those responsible for violating Mangione's rights but also creates a strong deterrent for

others who might consider engaging in similar misconduct in the future. By aggressively

pursuing these actions, we aim to expose systemic corruption, ensure accountability for

all involved parties, and secure justice for Luigi Mangione, who has been denied a fair

trial at every turn.

6. Karen Friedman Agnifilo et al. of the Brafman & Associates Enterprise has not yet been added as Defendant(s) in this RICO action simply due to the fact that Mangione would be left completely defenseless in the face of extreme controversy and alleged framing. We the People request that Karen Friedman Agnifilosubmit submit this RICO Claim to the State and Federal Courts where Mangione's charges lie as an Amicus Curiae Brief as well as into evidence. We the People also request that she step up her defense or be subjected to We the People's lawful defense strategy detailed in Section L of this Claim.

## C. EXHIBIT LIST

1. Luigi Mangione pleads not guilty to 11 charges, including murder, after allegedly killing UnitedHealthcare CEO Brian Thompson:

   https://elpais.com/internacional/2024-12-23/el-presunto-asesino-del-ejecutivo-de-unitedhealthcare-se-declara-inocente-de-los-11-cargos-estatales-que-se-le-imputan.html?utm_source=chatgpt.com

2. Mangione pleads not guilty in court, and his lawyer expresses concerns about the fairness of his trial:

   https://www.thesun.ie/news/14412258/luigi-mangione-court-unitedhealthcare-murder-charges-new-york/?utm_source=chatgpt.com

3. Mangione pleads not guilty to murder, facing both state and federal charges:

   https://nypost.com/2024/12/23/us-news/luigi-mangione-pleads-not-guilty-in-court-in-murder-of-unitedhealthcare-ceo-brian-thompson/?utm_source=chatgpt.com

4. Concerns are raised by Mangione's lawyer regarding a fair trial amid the media attention.:

   https://people.com/luigi-mangione-pleads-not-guilty-new-york-murder-charges-lawyer-concerned-fair-trial-8765716?utm_source=chatgpt.com

5. Mangione pleads not guilty to charges related to the shooting of CEO Brian Thompson:

   https://www.thetimes.co.uk/article/luigi-mangione-murder-charges-new-york-ceo-shooting-6njfplw65?utm_source=chatgpt.com

6. Luigi Mangione wears a matching outfit with his lawyer at a court hearing, drawing attention from his fans:

   https://nypost.com/2024/12/23/us-news/luigi-mangione-oddly-wears-matching-outfit-with-his-lawyer-in-nyc-court-hearing-to-his-sick-fans-delight/?utm_source=chatgpt.com

7.  Lawyer Karen Friedman Agnifilo represents Luigi Mangione in his high-profile case, with her experience in criminal defense on display: https://www.wsj.com/us-news/law/karen-friedman-agnifilo-luigi-mangione-lawyer-new-york-f3216b02?utm_source=chatgpt.com

8.  Brian Thompson: $1.5M Home and SHOCKING Secrets He Didn't Want You To Know | UnitedHealthcare CEO: https://youtu.be/dEmTj6vxMCc

9.  Diddy Underground Tunnels explained - Connecting to the Playboy Mansion: https://youtu.be/rMESVkwLO9M

10. The man accused of fatally shooting the CEO of UnitedHealthcare is expected to be arraigned in a Manhattan court on state murder and terror charges. Timing of the court appearance is still to be determined. https://youtu.be/JzuizXPbYEs

11. Mangione could soon join other high-profile detainees in a 15-person jail unit. https://nypost.com/2024/12/20/us-news/luigi-mangione-could-join-sbf-sean-diddy-combs-in-15-person-jail-unit-in-coming-days-report/

12. The U.S. closes the Metropolitan Correctional Center, where many high-profile detainees, including Jeffrey Epstein, were held. https://www.npr.org/2021/08/26/1031541974/u-s-closing-jail-jeffrey-epstein-metropolitan-correctional-center?utm_source=chatgpt.com

13. Report on the health and conditions of prisoners, including the ongoing situation with the pandemic. https://apnews.com/article/health-prisons-new-york-manhattan-coronavirus-pandemic-5113a1e33a0c3967787e04c0523e406b?utm_source=chatgpt.com

14. A report details the prison conditions Mangione may face while incarcerated.

    https://insurancenewsnet.com/oarticle/a-hell-on-earth-the-prison-in-which-luigi-mangion

    e-is-imprisoned?utm_source=chatgpt.com

15. Coverage of Luigi Mangione's state and federal charges in Pennsylvania and New York.

    https://whyy.org/articles/luigi-mangione-state-federal-charges-pennsylvania-new-york/

16. A detailed account of Jeffrey Epstein's death, linked to similar cases involving Mangione.

    https://en.wikipedia.org/wiki/Death_of_Jeffrey_Epstein

17. Luigi Mangione, the man suspected of killing UnitedHealthCare CEO Brian Thompson,

    will be held in Brooklyn's Metropolitan Detention Center, the only federal jail operating

    in New York City. Known as MDC, the federal lockup is where other high-profile

    defendants such as Sean "Diddy" Combs and Ghislaine Maxwell have been held. The

    prison is notorious for its poor living conditions.

    https://www.youtube.com/watch?v=jQt24dluj9Y

18. The DOJ investigates the custody, care, and supervision of Jeffrey Epstein in federal

    prisons.

    https://oig.justice.gov/reports/investigation-and-review-federal-bureau-prisons-custody-c

    are-and-supervision-jeffrey

19. Diddy and Luigi Mangione share the same lawyer, sparking public attention.

    https://www.facebook.com/EntertainmentTonight/videos/diddy-and-alleged-united-health

    care-shooter-luigi-mangione-now-sharing-same-lawy/1381545529488432/

20. Mangione shows signs of stress in court, appearing disheveled and overwhelmed.

    https://www.thedailybeast.com/disheveled-luigi-mangione-shows-signs-of-stress-in-court

    /

21. A report highlights misconduct during Epstein's imprisonment, leading to his suicide.

https://www.politico.com/news/2023/06/27/jeffrey-epstein-report-misconduct-00103787

22. New York City suggests housing migrants in the notorious jail once housing Jeffrey

Epstein.

https://www.nbcnewyork.com/news/national-international/new-york-city-suggests-housin

g-migrants-in-infamous-jail-closed-after-jeffrey-epsteins-suicide/4602380/

23. Mangione is arraigned on state charges.

https://www.cbsnews.com/newyork/news/luigi-mangione-arraignment-state-charges/

24. Documents detail Jeffrey Epstein's final days in custody.

https://www.theguardian.com/us-news/2023/jun/02/jeffrey-epstein-jail-documents-last-da

ys

25. Misconduct by federal jail guards contributed to Epstein's suicide, according to the DOJ

watchdog.

https://www.pbs.org/newshour/nation/misconduct-by-federal-jail-guards-led-to-jeffrey-ep

steins-suicide-doj-watchdog-says

26. A link to Mangione's indictment document.

https://manhattanda.org/wp-content/uploads/2024/12/Mangione-Indictment-FINAL-as-fil

ed.pdf

27. Federal criminal complaint filed against Luigi Mangione.

https://www.cbsnews.com/newyork/news/luigi-mangione-federal-criminal-complaint/

28. Updates on the UnitedHealthcare CEO killing case, including details on Mangione's

involvement.  https://apnews.com/live/unitedhealthcare-ceo-killing-suspect-updates

29. Mangione appears for an arraignment in Manhattan court for the CEO killing.

https://abcnews.go.com/US/ceo-killing-suspect-mangione-manhattan-court-arraignment-s
tate/story?id=117041573

30. Reports on missing immigrant children and the border situation.

https://www.voanews.com/a/with-or-without-parents-missing-immigrant-children/441517
4.html

31. The Biden administration faces criticism over conditions for migrant children at the

border.

https://www.washingtonexaminer.com/news/2873954/biden-recreating-worst-conditions-
for-thousands-of-migrant-children-separated-at-border/

32. A PDF of a Supreme Court case related to immigration or rights.

https://www.supremecourt.gov/DocketPDF/23/23-5831/285436/20231019095354751_20
231019-095038-95760895-00001099.pdf

33. A report on a legislative issue related to immigration.

https://crsreports.congress.gov/product/pdf/LSB/LSB11003

34. A deeper look at the future of international norms, as explored by the DNI.

https://www.dni.gov/index.php/gt2040-home/gt2040-deeper-looks/future-of-international
-norms

35. This article explores the lessons learned from Donald Trump's approach to the World

Trade Organization, focusing on his trade policies and their long-term impact on global

governance.

https://www.chathamhouse.org/2021/08/lessons-trumps-assault-world-trade-organization

36. This press release from the Tennessee Attorney General's office addresses the filing of a lawsuit against a national pharmaceutical distributor for contributing to the opioid crisis in the state. https://www.tn.gov/attorneygeneral/news/2024/2/27/pr24-20.html

37. This piece details Senator Blackburn's call for the Department of Homeland Security and Immigration and Customs Enforcement to address the potential loss of contact with over 300,000 unaccompanied migrant children. https://www.blackburn.senate.gov/2024/8/issues/immigration/blackburn-presses-dhs-and-ice-on-new-report-revealing-they-may-have-lost-track-of-more-than-300k-unaccompanied-migrant-children

38. This CRS report offers an in-depth analysis of the World Trade Organization's dispute settlement system and its impact on international trade relations. https://crsreports.congress.gov/product/pdf/RS/RS22380/36

39. This report discusses the legal and policy issues surrounding the Deferred Action for Childhood Arrivals (DACA) program, its legal challenges, and legislative efforts to resolve its status. https://crsreports.congress.gov/product/pdf/r/r44423/4

40. The article reflects on the progress made in advocating for children's right to legal counsel, with a focus on recent legal and policy developments. https://www.americanbar.org/groups/litigation/resources/newsletters/childrens-rights/twenty-years-of-progress-in-advocating-for-a-childs-right-to-counsel/

41. This page discusses the ABA's initiatives and resources aimed at improving legal representation for children, particularly in cases of abuse, neglect, and dependency. https://www.americanbar.org/groups/public_interest/child_law/project-areas/legal-representation/

42. This hearing examines the exploitation and trafficking of migrant children, questioning the Biden administration's handling of their welfare.

   https://homeland.house.gov/hearing/trafficked-exploited-and-missing-migrant-children-victims-of-the-biden-harris-administration/

43. A report by the Department of Homeland Security's Office of Inspector General on the findings related to the DHS's oversight of its programs.

   https://www.oig.dhs.gov/sites/default/files/assets/2024-08/OIG-24-46-Aug24.pdf

44. A report on the FBI's investigation into allegations involving Rep. Matt Gaetz and sex trafficking, as well as the Trump administration's involvement in the case.

   https://thehill.com/homenews/senate/5000138-senate-democrats-fbi-file-matt-gaetz-sex-trafficking-trump-ag/

45. A popular bar graph on social media claims to show that the number of human trafficking arrests skyrocketed under President Donald Trump, compared to those under former President Barack Obama. But the chart misleads by using cherry-picked and, in some cases, faulty numbers.

   https://www.factcheck.org/2020/08/viral-chart-distorts-human-trafficking-statistics/

46. Coverage of the lawsuit filed by the family of Malcolm X against the NYPD, FBI, and CIA, claiming wrongful involvement in his assassination.

   https://www.cbsnews.com/newyork/news/malcolm-x-family-lawsuit-nypd-fbi-cia/?utm_source=chatgpt.com

47. This article analyzes Chief Justice Roberts' dissenting opinion regarding the decision not to overturn Roe v. Wade, and the broader implications for the Court.

https://www.ncregister.com/cna/why-did-chief-justice-roberts-disagree-with-overturning-roe-v-wade

48. A breakdown of how the abortion ruling reflects the diverging judicial philosophies of Justices Roberts and Alito.

https://www.theusconstitution.org/news/abortion-ruling-highlights-diverging-paths-of-justices-john-roberts-samuel-alito/

49. A scholarly article from the Illinois Law Review, discussing legal matters relating to judicial review and constitutional interpretation.

https://illinoislawreview.org/wp-content/uploads/2023/08/Rhyne.pdf

50. An analysis of HHS Secretary Xavier Becerra's leadership during the COVID-19 pandemic and his efforts to manage the federal response.

https://www.washingtonpost.com/politics/2022/01/31/becerra-hhs-pandemic-response-leadership/

51. A statement from HHS Secretary Xavier Becerra responding to the Supreme Court's ruling on COVID-19 vaccine mandates.

https://www.hhs.gov/about/news/2022/01/13/statement-hhs-secretary-xavier-becerra-on-supreme-court-covid-19-vaccine-decisions.html

52. A Fox News report covering HHS Secretary Becerra's testimony before Congress regarding the government's handling of migrant children during the pandemic.

https://www.foxnews.com/politics/house-republican-grill-hhs-secretary-becerra-migrant-children-would-not-want-to-be-you.amp

53. A report on Secretary Becerra's role in the Biden administration's pandemic response, focusing on policy decisions and challenges.

https://www.politico.com/news/2021/09/21/becerra-covid-response-hhs-513270

54. A document from the House Education and Workforce Committee on proposed changes to federal education policies, with a focus on migrant children's welfare.

https://edworkforce.house.gov/news/documentsingle.aspx?DocumentID=410578

55. A news article on HHS Secretary Becerra addressing concerns about the U.S. government's tracking of over 300,000 unaccompanied migrant children.

https://www.washingtonexaminer.com/news/house/2929741/becerra-over-300000-unaccompanied-immigrant-children/

56. Attorney General Merrick Garland responds to criticism of the Department of Justice's investigation into the January 6th Capitol riot.

https://www.politico.com/news/2022/01/05/garland-rebuts-criticism-of-jan-6-probe-526551

57. An article from Lawfare examining the institutional checks on President Trump's power, including the judiciary and other oversight mechanisms.

https://www.lawfaremedia.org/article/the-one-institution-that-checked-trump

58. A release from the Department of Justice featuring Assistant Attorney General Kenneth Polite Jr.'s remarks on updates to criminal justice policies.

https://www.justice.gov/opa/gallery/assistant-attorney-general-kenneth-polite-jr-delivers-remarks-revisions-criminal

59. Rep. Chip Roy demands answers from the Biden administration regarding the loss of contact with thousands of unaccompanied migrant children and calls for accountability.

https://www.washingtonexaminer.com/policy/immigration/3234289/chip-roy-demands-an

swers-biden-administration-lost-unaccompanied-migrant-children/

60. This article questions the status of 32,000 unaccompanied migrant children, raising

concerns about their safety and well-being as they remain unaccounted for by federal

authorities.

https://immigrationimpact.com/2024/09/05/are-32000-unaccompanied-children-missing/

61. Sen. JD Vance speaks on the 300,000 missing immigrant children Pt. 1:

https://apnews.com/article/debate-takeaways-vance-walz-harris-trump-5b6f219b555416ff

579764048ac238a1

62. Sen. JD Vance speaks on the 300,000 missing immigrant children Pt. 2:

https://apnews.com/article/vance-walz-vice-presidential-debate-election-66ff2e5e45a8dd

a55b0a2242fc238fdc?utm_source=chatgpt.com

63. US Scrambles to Explain Accounts of 'Missing' Children:

https://www.voanews.com/a/with-or-without-parents-missing-immigrant-children/441517

4.html

64. This report discusses FBI Director Christopher Wray's preparations for a potential forced

exit from his position, amid tensions involving Donald Trump.

https://www.nbcwashington.com/news/politics/fbi-director-christopher-wray-preparing-p

ossible-forced-exit-donald-trump/3766209/

65. FBI Director Christopher Wray discusses the multitude of national security threats facing

America, highlighting the elevated risks from various adversaries.

https://www.mprnews.org/story/2024/08/24/fbi-director-says-america-faces-many-elevate

d-threats-all-at-once

66. A report assessing the availability and quality of legal counsel for children in the juvenile justice system, emphasizing the need for improved representation. https://jlc.org/sites/default/files/publication_pdfs/PA%20Assesment%20of%20Access%20to%20Counsel.pdf

67. This blog post discusses the Juvenile Justice and Delinquency Prevention Act (JJDPA), its reforms, and the ongoing challenges in juvenile justice, calling for more comprehensive changes. https://jpo.blogs.american.edu/2019/02/20/modest-reform-how-jjdpa-matters-and-why-it-is-still-not-enough/

68. Time reports on the federal investigation into New York City Mayor Eric Adams, focusing on potential corruption charges stemming from his ties with city officials. https://time.com/7024580/eric-adams-new-york-indictment-federal-charges-corruption-investigation/?utm_source=chatgpt.com

69. A Politico article revealing the FBI's probe into Mayor Eric Adams and his administration over corruption allegations and possible criminal conduct. https://www.politico.com/news/2024/09/06/fbi-investigation-eric-adams-officials-00177841?utm_source=chatgpt.com

70. The FBI raids the home of NYPD Commissioner Edward Caban and other close associates of Mayor Eric Adams, as part of an investigation into corruption. https://nypost.com/2024/09/05/us-news/fbi-raids-home-of-nypd-commish-edward-caban-other-close-eric-adams-allies/?utm_source=chatgpt.com

71. Forbes reports that UnitedHealthcare is denying more insurance claims than other providers, which has led to frustration among patients and healthcare systems.

https://www.forbes.com/sites/amyfeldman/2024/12/05/unitedhealthcare-denies-more-claims-than-other-insurers---angering-patients-and-health-systems/?utm_source=chatgpt.com

72. This article highlights scrutiny over health insurers, particularly in Florida, for denying claims, which has raised concerns within the medical community. https://www.flmedical.org/florida/Florida_Public/News/2023/Health_insurers_face_scrutiny_over_claims_denials.aspx?utm_source=chatgpt.com

73. Scheme Tied to UnitedHealth Overbilled Medicare for Years, Suit Says. https://www.nytimes.com/2017/02/16/business/dealbook/unitedhealthcare-improperly-took-money-from-medicare-suit-says.html

74. A detailed Wikipedia entry on UnitedHealth Group, providing an overview of the company's history, operations, and role in the health insurance industry. https://en.wikipedia.org/wiki/UnitedHealth_Group?utm_source=chatgpt.com

75. A top NYPD official resigns following explosive allegations uncovered by the New York Post, marking a major development in the city's law enforcement leadership. https://nypost.com/2024/12/21/us-news/top-nypd-cop-quits-after-explosive-allegations-uncovered-by-the-post/?utm_source=chatgpt.com

76. The Atlantic discusses the growing concerns over crime in New York City, arguing that the city has lost control over public safety and the justice system's effectiveness. https://www.theatlantic.com/ideas/archive/2024/12/new-york-city-has-lost-control-crime/681149/?utm_source=chatgpt.com

77. Justice Carro's Untrustworthy Reputation: "Rape Cops" Trial (2011): Justice Carro, Mangione's judge, oversaw the trial of two NYPD officers accused of raping a woman they were dispatched to assist. The officers were acquitted of rape but convicted of

official misconduct. The verdict sparked public outcry and discussions about the challenges of prosecuting sexual assault cases. "Killer Nanny" Case (2012): In this case, Yoselyn Ortega was convicted of murdering two children in her care. Justice Carro allowed the jury to hear her insanity defense, a decision that drew attention and debate regarding the handling of mental health defenses in court. "Blowtorch Hubby" Case: Justice Carro presided over the trial involving a man accused of attacking his wife with a blowtorch. The case was sensationalized in the media, and while Carro's rulings were within legal standards, the intense media coverage brought additional scrutiny to the proceedings.

https://www.yahoo.com/news/luigi-mangiones-ny-judge-gregory-101202055.html?utm_source=chatgpt.com

78. Mangione arrived at the Blair County Courthouse at 7:45 a.m. Thursday for an 8:30 a.m. preliminary hearing on charges of possession of an unlicensed firearm, forgery and providing false identification to police.

https://www.pennlive.com/news/2024/12/luigi-mangione-supporters-gather-outside-pa-courthouse-murder-for-profit-is-terrorism.html?outputType=amp

79. Mangione's Inheritance: https://youtu.be/HZ5-0anvQ0w

80. DOD fails to obtain a clean audit yet again:

https://www.forbes.com/sites/steelrose/2024/12/03/dod-fails-to-obtain-a-clean-audit-again/

81. Pentagon Fails Seventh Audit in a Row:

https://breakingdefense.com/2024/11/pentagon-fails-7th-audit-in-a-row-eyes-passing-grade-by-2028/

82. A court ruling in the Epstein case rejects a petition from crime victims seeking legal recognition or compensation for harm suffered, focusing on victims' rights within the legal system.

https://www.law.utah.edu/resgestae-issue/court-rejects-petition-for-crime-victims-in-epstein-case/

83. Pt. 1, Charlene Latham vs Mark Epstein, 1953 Trust, Public Documents Destroyed:

https://www.documentcloud.org/documents/20458349-charlene-latham-v-mark-epstein-1953-trust

84. Pt. 2, Charlene Latham vs Mark Epstein, 1953 Trust, Public Documents Destroyed:

https://truth11.com/2021/11/21/ghislaine-maxwell-co-conspirators-list-and-accusations-court-document/

85. Epstein Flight Logs, Lolita Express, Public Documents Destroyed-

https://www.documentcloud.org/documents/6404379-Epstein-Flight-Logs-Lolita-Express/

86. The Epstein Files Preserved, Filed by Self Represented Victim, Charlene Y. Latham in the Southern District of New York. Only thanks to the self-represented victim, Charlene Y. Latham, filing case no. 1:20-cv-07102-UA in the Southern District of New York, do we now have the names of the defendants comprising a network of rakaterring known as USA INC.

https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:887f3526-a304-41dc-8479-fa860e716dbf

87. "Corporation Does" (1 - 100), defendants No. 38, never disclosed. "No. 3. Corporate Defendants named or identified as "Does are accused of aiding and abetting in the

facilitation of the unlawful surveillance (spying), stalking and repeated drugging,

abducting, hostage taking and kidnapping for the criminal intent of sexual assault, abuse,

extortion and exploitation in the same capacity as any Person named as Defendant & in

their capacity as Corporations providing support to the criminal enterprise of the

Defendants 1-3 as corporate purveyors, tacilitators/conspirators and including by

providing money laundering services to route payments to the parties of this large scale

criminal enterprise of criminal activity targeting the Plaintiffs."

1. The 1953 Trust, Defendant                                          P
2. Harvey Weinstein, defendant
3. Shawn Carter, defendant
4. Darren Indyke, defendant
5. Richard Kahn, defendant
6. The Weinstein Corporation, defendant
7. Miramax, llc. (aka Miramax Films), defendant
8. The Walt Disney Company, defendant
9. Def Jam Recordings, defendant
10. Rocnation, llc., defendant
11. Universal Music Group, defendant
12. Beyoncé G Knowles, defendant
13. Kanye O. West, defendant
14. Terrence Thornton, defendant
15. Black Cube ltd., defendant
16. Vivendi SA, defendant
17. Dwayne Carter, defendant
18. Jean Luc Brunel, defendant
19. Young Money Entertainment, defendant
20. G.O.O.D. Music, defendant
21. Shelley Massenburg-Smith, defendant
22. David Boies, defendant,
23. Robert Kelly, defendant
24. Milton Brown, defendant
25. Marcello Claure, defendant
26. Sprint Corporation, defendant
27. ViacomCBS, defendant
28. Virgil Abloh, defendant
29. Quatar Investment Authority, defendant
30. Tutor-Saliba Corporation, defendant
31. Ghislaine Maxwell, defendant
32. Parkwood Entertainment, defendant
33. The City of New Yok; New York City Police Department, defendant
34. Sir Philip Green, defendant
35. Sony Entertainment, defendant
36. John Does (1 – 100), defendant(s)
37. Jane Does (1- 100), defendant(s)
38. Corporation Does (1 – 100), defendant(s)

88. Holding the Line (Former US attorney for the Southern District of New York) by Berman

   Geoffrey, ISBN-13: 9780593300299, Publisher: Penguin Putnam Trade-

   https://www.bkstr.com/gannonstore/product/holding-the-line-113236-1

89. *"Holding the Line,"* Summary of the Epstein Trials: This book reveals the conflicts of

   interest between the Southern District Court of New York and the child trafficking

   enterprise known as USA INC. Geoffrey speaks of a collusive meeting among the

   enterprises. This meeting was highly unusual, raising questions about the involvement of

   key figures like Alex Acosta, former U.S. Secretary of Labor, and his controversial

   handling of Jeffrey Epstein's case. The meeting in the Southern District seemed to signal

   a cover-up, particularly regarding the secret non-prosecution agreement that Epstein

   struck in 2008, which allowed him to avoid federal charges despite the gravity of his

   crimes. Epstein, who was facing life in prison for his federal charges, was instead allowed

   to plead guilty to state charges and serve only 13 months in county jail. The agreement

   not only granted him lenient treatment but also immunity to his accomplices, including

   unnamed "potential co-conspirators," making it clear that high-profile figures could be

   shielded from justice. Furthermore, the deal was kept secret, preventing victims from

   having a voice in the process.

90. The conditions of Epstein's incarceration were shockingly lenient, with privileges like his

   own television, work release, and unrestricted trips to his foundation's office. Even after

   serving his sentence, Epstein continued to live a life of luxury, with trips to his private

   island and a network of influential friends. By the time the SDNY took up the

   investigation in 2018, Epstein had been free for years, but the urgency to pursue justice

   was palpable.

91. Despite the challenge posed by the 2008 non-prosecution agreement, which bound the Miami U.S. Attorney's office but not the SDNY, the investigators focused on building a new case, concentrating on Epstein's crimes in New York. They worked to ensure that their investigation was independent of the earlier Florida case. The enormity of the case, with its numerous victims and widespread scope, was daunting, but the SDNY was determined to press on, motivated by outrage over the initial leniency shown to Epstein and a desire to bring justice to the victims.

92. The investigation culminated in a dramatic raid on Epstein's properties, revealing a tropical compound that reflected his twisted and opulent pedophilic lifestyle. Meanwhile, the SDNY's efforts turned towards identifying and prosecuting only some of Epstein's enablers, with a focus on Ghislaine Maxwell, his closest associate, who played a central role in his operations.

93. The political fallout from Epstein's case was significant. Epstein was spoken of in NYPD records as if he was their boss to whom they must accommodate at the highest level possible and Acosta resigned under pressure shortly after Epstein's indictment, but the Justice Department's Office of Professional Responsibility (OPR) report cleared him of corruption, blaming his actions on poor judgment.

94. Maxwell, after going into hiding, was eventually arrested in 2020 and later tried for her role in Epstein's crimes. Her trial brought attention to the ongoing fight for justice, with victims testifying about the abuse they suffered, including one who had been recruited by Maxwell when she was just fourteen years old.

95. Berman Geoffrey speaks of how he was ejected from his position with the Southern District of NY shortly before Epstein's final incarnation and disappearance, hinting that

the Southern District of NY still had vested interests with the child trafficking enterprise

known as USA INC. Only thanks to Geoffrey Berman's valiant efforts to seek justice, in

spite of the interests of USA Inc., were Epstein and some of his associates ever held

accountable. Had it been left to the state impostors of USA Inc., Epstein would have been

free to continue his crimes against children while generating profit for this US enterprise.

96. Alvin Bragg, the District Attorney of Manhattan, has faced significant backlash over

several high-profile cases and policy decisions. Notably, his prosecution of Daniel Penny,

who was acquitted in the death of Jordan Neely, has intensified calls for his resignation.

Critics argue that pursuing the case was politically motivated and that the acquittal

reflects poorly on Bragg's judgment.

https://nypost.com/2024/12/09/us-news/after-daniel-penny-not-guilty-verdict-calls-mount

-for-da-alvin-bragg-to-resign-in-shame/?utm_source=chatgpt.com

97. Additionally, Bragg's office has been criticized for releasing individuals accused of

assaulting NYPD officers without bail, leading to public outcry and demands for

accountability.

https://www.cbsnews.com/newyork/news/pressure-mounts-on-da-alvin-bragg-after-assaul

t-on-nypd-officers-in-times-square/?utm_source=chatgpt.com

98. Sean Diddy's high-profile connections revealed, the list has names of Trump and Kamala

Harris.

https://m.economictimes.com/news/international/global-trends/how-sean-diddy-combs-is

-connected-to-donald-trump-kamala-harris-and-barack-obama/amp_articleshow/1149862

89.cms

99. Harvey Weinstein's home with underground tunnels used for USA INC. " Fundraisers."

https://www.ctpost.com/news/article/westport-harvey-weinstein-house-development-198

06971.php#

100.     Weinstein's Sentence Overturned by New York's Highest Court:

https://www.npr.org/2023/02/23/1158207425/harvey-weinstein-los-angeles?utm_source=

chatgpt.com

101.     We the People vs. Joe Biden for child trafficking within USA INC. Federal Case No.

1:24-cv-04457. https://www.pacermonitor.com/public/case/55307285/Dickerso…

102.     Joe Biden's recent acts of clemency detailed:

https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:62950346-2035-4814-badc-6ffece251a4

f

103.     Follow We the People's RICO in ending the USA INC. human trafficking syndicate.

allmylinks.com/savesaintlouis


\* *We the People's* exhibit list, intended for use in this case, is being withheld in its entirety until

the discovery phase to protect witnesses and avoid tampering.

*Respectfully Submitted,*

**WE the PEOPLE**

/s/ Alexandra- Marie: Dean

The Undersigned Comrade

*An Enfranchised Living Soul,*

4573 JONATHAN ST

HASTINGS, FL, 32145,

(314) 323- 8267,

stlphantomfiler@gmail.com



## CERTIFICATE OF SERVICE:

1. We hereby certify that on the **DATE:** __1__ / __8__ / __25__ a true and exact copy of the foregoing was served via email/ mail to all parties of record. /s/ Alexandra- M: Dean, **Signature:** ___/s/Alexandra M. Dean_____ (UD1-207 Without Prejudice)

2. **Print Name:** ___Alexandra M. Dean_____ (*An Enfranchised Living Soul*)

3. **Address:** ___4573 JONATHAN ST_____

   ___HASTINGS, FL, 32145_____

   _____

4. **Email:** ___stlphantomfiler@gmail.com_____

5. **Phone Number:** ___3143238267_____

6. **E- MAIL THIS TO:**

   The Middle District Court of Florida -
   Electronic Document Submission Web Portal

\*A Notary is **NOT** Needed.

Free Mangione, Pg. 93 of 94

